# E X H I B I T A

EXHIBIT A

# MOBILE BANKING, ONLINE BANKING, AND BILL PAY

## TERMS AND CONDITIONS

NAVY FEDERAL Credit Union®

navyfederal.org
1-888-842-6328



© 2024 Navy Federal NFCU 652A (3-24)

## TABLE OF CONTENTS


A. ESIGN Member Consent to Use Electronic Signatures and Documents

B. General Mobile Banking, Online Banking, and Bill Pay Terms and Conditions

C. Mobile Banking Terms and Conditions

D. Bill Pay Terms and Conditions


## A. ESIGN Member Consent to Use Electronic Signatures and Documents

**THIS DISCLOSURE CONTAINS IMPORTANT INFORMATION THAT YOU ARE ENTITLED TO RECEIVE BEFORE YOU CONSENT TO RECEIVE ELECTRONIC DISCLOSURES AND TO TRANSACT BUSINESS WITH US ELECTRONICALLY VIA MOBILE OR ONLINE BANKING.**

**PLEASE SCROLL TO READ THIS DISCLOSURE CAREFULLY. PRINT, EMAIL, OR SAVE A COPY FOR YOUR RECORDS.**

This section provides information related to the general use of electronic signatures, documents, and notices in connection with our Mobile and Online Banking Services, and the required disclosures associated with these services. This section also covers the requirements related to the hardware and software you will need to communicate with us via your mobile device or online.

Certain laws require us to provide application disclosures, periodic account statements, and account notices to you, and you have the right to receive these on paper. According to the Electronic Signatures in Global and National Commerce Act (ESIGN), Navy Federal may provide this information to you electronically if we first present this ESIGN Member Consent to Use Electronic Signatures and Documents disclosure ("ESIGN Disclosure") and obtain your consent to receive electronic disclosures and to conduct transactions electronically.

### 1. Agreement to Receive Communications in Electronic Form

By agreeing to this ESIGN Disclosure, you are consenting to receive the following documents and notices electronically: the Mobile Banking, Online Banking, and Bill Pay Disclosure ("Mobile and Online Banking Disclosure"); any change in terms notices related to the Mobile and Online Banking Disclosure; and any notices related to any activities or transactions you conduct through Mobile and Online Banking. Your consent remains in effect until you give us notice that you are withdrawing it.

### 2. Form of Electronic Communications

All documents that we provide to you in electronic form will be provided either (1) via email, or (2) by access to a website or mobile application.[1]

### 3. Withdrawal of Consent

If you decide that you do not want to continue receiving any future change in terms notices or notices related to any activities or transactions you conduct through Mobile or Online Banking electronically, or Bill Pay transaction-related notices, you can withdraw your consent. You may do this for Mobile and Online Banking by calling Navy Federal at 1-888-842-6328 or by visiting a Navy Federal branch. You may do this for Bill Pay by calling 1-888-868-8123. Any withdrawal of consent to receive disclosures and notices electronically will be effective only after we have a reasonable amount of time to process the withdrawal.

Please note that withdrawing your consent to receive any change in terms notices or notices related to any activities or transactions you conduct through Mobile or Online Banking electronically, including Bill Pay, will result in termination of your Mobile and Online Banking Services, including the ability to initiate funds transfers using Mobile or Online Banking.

### 4. Updating Your Records

You agree to provide us with a true, accurate, and complete email address and other contact information related to the Mobile and Online Banking Disclosure and your Navy Federal accounts, and to update promptly any changes to that information. You can update your information through our mobile or online service or by contacting us at 1-888-842-6328. You may also write to us at Navy Federal Credit Union (EFT), P.O. Box 3001, Merrifield, VA 22119-3001.

### 5. Hardware and Software Requirements

We do not endorse a specific operating system or particular web browser. To receive all documents and notices electronically related to Mobile and Online Banking, you must have one or more of the following:

- a valid email address;
- a current version (defined below) of a web browser;
- a current version of our Navy Federal application (via the App Store® or Google Play™);
- a connection to the internet;
- a current version of a program that reads and displays PDF documents, such as Adobe Acrobat Reader®, for viewing and retaining certain disclosures;
- a printer, if you wish to print your disclosures and retain your records in paper;
- the capacity to store information; and
- an internet access device, such as a smartphone, tablet, computer desktop, or laptop, with an operating system (Windows®, MacOS®, iOS, or Android™) capable of supporting the above.

By "current version", we mean a version of the software that is supported. We reserve the right to discontinue support of a current version of software for security or stability purposes. The following link includes more information on the operating systems and web browsers we currently support and related system requirements: **Software and Hardware Requirements**. We may not support some older operating systems or web browsers, so if you are using an outdated version, you may need to update it in order to get access to Mobile and Online Banking. You should check the **Software and Hardware Requirements** page occasionally for updates on supported software. The Software and Hardware Requirements are available on the Browser Support page of **navyfederal.org**.

From time to time, we may offer services or features that require your web browser to be configured in a particular way, such as permitting the use of JavaScript or cookies. If we detect that your web browser is not properly configured, we will provide you with a notice and advice on how to update your configuration.

[1]Message and data rates may apply. Visit **navyfederal.org** for more information.

App Store® and MacOS are trademarks of Apple, Inc., registered in the U.S. and other countries. Windows® is a registered trademark of Microsoft Corporation in the United States and/or other countries. Google Play™ is a trademark of Google LLC. Adobe Acrobat Reader® is a registered trademark of Adobe Systems Incorporated in the United States and/or other countries. iOS is a trademark or registered trademark of Cisco in the U.S. and other countries and is used under license.

### 6. Access to Your Disclosures and Requesting Paper Copies

The Mobile and Online Banking Disclosure will remain available for viewing and printing within Online Banking, within the Bill Pay Service housed within Online Banking, and on the Navy Federal app. All other disclosures, change in terms notices, and notices related to any activity or transactions you conduct using Mobile or Online Banking will remain available for viewing in the eMessage system within Bill Pay, or within the Navy Federal Online Banking eMessage system, as applicable, for ninety (90) days, unless you choose to delete the message. Even if you consent to receive documents electronically, you can always obtain a paper copy by requesting one or by printing the electronic document. We may charge you a reasonable fee for delivery of paper copies already provided electronically.

### 7. Communications “in Writing”

All documents in either electronic or paper format from us to you will be considered “in writing.” Please print or download for your records a copy of the Mobile and Online Banking Disclosure and any other document that is important to you.

### 8. Termination/Changes

We may discontinue the provision of electronic documents or terminate or change the terms and conditions under which we provide electronic documents. We will provide you with notice of any such termination or change if required by law.

**By providing your consent, you are confirming that you have the hardware and software described above, that you are able to receive and review electronic documents, and that you have an active email account. You are also confirming that you are authorized to, and do, consent on behalf of all the other account owners, authorized signers, authorized representatives, and delegates identified in respect of your Navy Federal products and services.**



## B. General Mobile Banking, Online Banking, and Bill Pay Terms and Conditions

**These General Mobile Banking, Online Banking, and Bill Pay Terms and Conditions apply equally to Mobile Banking, Online Banking, and Bill Pay, except where the context indicates otherwise. For additional terms and conditions specific to Mobile Banking or Bill Pay, see below in the appropriate section.**

This section provides information and the general terms and conditions for use of Navy Federal’s Mobile Banking, Online Banking, and Bill Pay Services. You will find definitions of terms used throughout the Agreement, and provisions that provide you necessary information related to contacting you by mobile device, by email, and electronically; the electronic transactions permitted; your liability for unauthorized transactions; contact information for unauthorized transactions or if you have a question or error that needs to be resolved; protecting your password, access, devices, and means to carry out electronic transactions; and your remedies and limitations on liability.

### 1. General Mobile Banking, Online Banking, and Bill Pay Definitions

**“Affiliates”** are companies related by common ownership or control.

**“Agreement”** means the terms and conditions that pertain to the particular Service in which this defined term is used, or to this entire Mobile Banking, Online Banking, and Bill Pay Terms and Conditions disclosure, where the context does not indicate a particular Service.

**“Business Days”** are Monday through Friday, except federal holidays.

**“Mobile Banking”** means any activity conducted by you on Navy Federal’s mobile app, including Bill Pay, and any future Services used by you on Navy Federal’s mobile app.

**“Navy Federal,” “we,” “us,”** or **“our”** refers to Navy Federal Credit Union and its affiliates and Service Providers.

**“Online Banking”** means any activity conducted by you on Navy Federal Credit Union’s website, **navyfederal.org**, including Bill Pay transactions and any future Services used by you on Navy Federal’s website.

**“Service(s)”** means any activity or functionality offered by Navy Federal or its Service Providers through Mobile or Online Banking, including Bill Pay.

**“Service Providers”** means companies that we have engaged to render some or all of the Services to you on our behalf.

**“You,” “your,” “I,”** or **“yourself”** refers to the Member, trusted user, or joint account holder using the Services.

### 2. Access to All Existing and Future Accounts

With Mobile and Online Banking, you will have access to all existing and future accounts on which you are the owner or joint owner. Subject to the terms herein, you may use the Service seven (7) days a week, twenty-four (24) hours a day, except during any scheduled or unscheduled interruptions in the Service for maintenance, security, or other reasons.

However, if you are a joint owner and you wish to access account statements, the primary owner must designate you as a Trusted User for Online and Mobile Banking, with permission to access statements. Trusted Users have access to the primary owner’s Online and Mobile Banking, subject to the conditions in the paragraph “Trusted User” below.

### 3. Trusted User

You may elect to authorize Online and Mobile Banking access only for any number of Trusted Users, in addition to yourself. A separate application and agreement must be signed for each Trusted User. If you desire a Trusted User to have access to your account via Online and Mobile Banking, you must sign the Mobile Banking, Online and Mobile Banking, and Bill Pay Application and Agreement as the Member, and the other person must sign the application as the Trusted User. At the time you add a Trusted User, the Trusted User will by default have no access to existing accounts held in your name. After a Trusted User is added, you will need to sign into Online or Mobile Banking to designate access for each Trusted User.

You can manage your Trusted User's privileges via Online Banking: Sign in>Click your name in the top right corner>Manage Trusted Users>Select Edit for Each Trusted User, or via Mobile Banking: Sign in>More>Settings>Trusted Users. This will allow you to provide access to your Trusted User(s) to certain accounts and Services as you deem necessary. Trusted Users will not have access to any future accounts unless you add access in Manage Trusted Users. By default, Trusted Users added to Trust, Association, or Custodial accounts will automatically have full access to all existing and future accounts. Access to these accounts cannot be modified, only added or removed. Based on access granted, your Trusted User will have the authority to perform, including, but not limited to, the following functions through Online and Mobile Banking:

- Make transfers to and from your account
- Enroll in or access your Bill Pay Service
- View your eStatements, suppress your paper statements, and request a statement copy
- Enroll in Mobile Deposits and use the Mobile Deposits Service
- Check the status of a pending loan application
- Update your personal information
- Sign up for email alerts
- Send us an eMessage
- View your account details and account summary
- View checks online, order checks, or make a stop payment request on a check
- Change your checking account type

Note that, while your Trusted User may access your lines of credit, you remain solely responsible for repayment if any credit is extended. Authorizing Online and Mobile Banking for a Trusted User will make you financially liable for all unauthorized access, losses, or misuse of your accounts until reported to Navy Federal.

### 4. Verification of Identification

To help fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account, including joint owners and Trusted Users. When you open an account or become a Trusted User, we will ask you for your name, address, date of birth, and other information that will allow us to identify you.

### 5. Eligibility of Minors

Online and Mobile Banking is offered to adults and to minors fourteen (14) years or older. By using Online and Mobile Banking, you represent that you meet these requirements and that you agree to be bound by this Agreement.

### 6. Your Account Ownership and Contact Information

You represent that you are the legal owner or Trusted User of the account and other financial information, which may be accessed via Online and Mobile Banking.

You represent and agree that all information you provide us in connection with Online and Mobile Banking is accurate, current, and complete, and that you have the right to provide such information to us for the purpose of operating Online and Mobile Banking Services. You agree not to misrepresent your identity or your account information. You agree to keep your account information confidential, up to date, and accurate.

It is your sole responsibility to ensure that your contact information with Navy Federal is current and accurate. You may change your contact information by editing your profile via the Navy Federal mobile app or Online and Mobile Banking. You may also call Navy Federal at 1-888-842-6328 or write us at Navy Federal Credit Union (EFT), P.O. Box 3001, Merrifield, VA 22119-3001.



### 7. Contacting You Via Your Cell Phone Number or Email Address

You must provide us a phone number and an email address to discuss your accounts with us. If you provide a cell phone number, Navy Federal has your permission to contact you at that number about all your Navy Federal accounts, including account servicing and collection purposes.

You're granting Navy Federal permission to place automated, prerecorded, or artificial-voice non-marketing calls and text messages to that number. Messaging and data rates from your carrier may apply. You agree to promptly notify us if your contact information changes. Visit **navyfederal.org** for more information.

If you provide an email address, Navy Federal has your permission to send you email messages using an automatic emailing system for commercial or transactional purposes. Navy Federal may at any time request the following from you in relation to your Mobile or Online Banking activities: electronic banking credentials, implementation of alternative risk control mechanisms, or may contact authorities when suspicious account activity or Member security-related events occur.

| Services | SMS Short Code | Description of Service | Frequency of Messages |
|---|---|---|---|
| Credit Card Fraud Alerts | 20270 | Free to End User notifications to alert you about possible risk of credit card fraud | Message frequency varies |
| Debit Card Fraud Alerts | 33748 | Free to End User notifications to alert you about possible risk of debit card fraud | Message frequency varies |
| One-Time Passcode Alerts | 668439 | Free to End User text message to receive your passcode via a one-time text message on your mobile phone | One-time per request |
| Security Alerts | 73077<br>35038 | Free to End User notifications to alert you about possible risk of fraud, identity theft, and/or account security | Message frequency varies |
| Account Transaction Alerts AKA "Recurring" | 40554<br>21398 | Notifications related to account transactions, including, but not limited to, account balance alerts or deposit confirmation alerts | Message frequency varies |
| On-Demand Alerts | 73949<br>24149 | Receive information you have requested via a one-time text message to your mobile phone | One-time per request |
| Visit Notifications | 36428 | Notifications about your visit to an NFCU Branch | Message frequency varies |
| Account Servicing and Collection Alerts | 37531<br>62351 | Notifications to contact you for account servicing and collection purposes, including payment reminders | Message frequency varies |
| Informational Alerts | 39227 | Receive informational messages about Navy Federal | Message frequency varies |
| Status Alerts | 46328<br>68678 | Notifications related to account status updates, including, but not limited to, application and appointment updates | Message frequency varies |

If you have questions about mobile or text messages related to the Services listed above, you may **send a text message with the word "HELP" to the applicable SMS Short Code or call us toll-free at 1-888-868-8123**. To stop receiving text messages for any of the above Services on your phone, text **"STOP" to the applicable SMS Short Code**. Wireless service providers and wireless carriers are not liable for delayed or undelivered messages.

### 8. Types of Available Transfers Using Mobile and Online Banking

Transfers using Navy Federal Mobile and Online Banking may be made in accordance with the rules of the relevant accounts.

You may make transfers between all owned savings accounts, checking accounts, and Money Market Savings Accounts (MMSAs).

You may make transfers from your savings accounts, checking accounts, and MMSAs to your savings Individual Retirement Accounts (IRAs), MMSA IRAs, share certificates, or IRA share certificates.

You may make transfers from a specific savings IRA and MMSA IRA to another IRA of the same type.

You may transfer funds from your savings accounts, checking accounts, and MMSAs to make Navy Federal loan and credit card payments.

You may make cash advances from your Navy Federal Credit Card or Home Equity Line of Credit (HELOC) to your savings accounts, checking accounts, or MMSAs.

You may transfer funds from your savings accounts, checking accounts, and MMSAs to another Member's savings account, checking account, and MMSA or to make a payment on another Member's consumer loan if you have established a Member-to-Member transfer capability for those accounts.

You may transfer funds from your checking account at Navy Federal to a checking account at another financial institution via the Automated Clearing House (ACH) when the transfer is originated from Navy Federal.

You may make transfers from your checking account at another financial institution to make a payment on a Navy Federal loan when the transfer is originated from Navy Federal.

You may make bill payments directly from your checking accounts or MMSAs in the amounts and on the days you requested, using our Bill Pay Service.

You may withdraw $5 to $2,500 from your savings accounts to be mailed by check to your savings account address of record on the next Business Day.

We may add new transfer capabilities or features to our Mobile and Online Banking, which will be subject to the terms governing the relevant accounts.

### 9. Transfer Limitations

There is no limit on the number of transfers in or out of your account that you can make per day.

There are minimum and maximum total dollar transfer limits associated with transferring funds to/from another financial institution via the ACH when the transfer is originated from Navy Federal.

Transfers from a Navy Federal checking account to a checking account at another financial institution may be requested for a minimum of $5.00 to a maximum of $5,000 per Business Day. However, the total aggregate amount of all checking transfers within any five-Business-Day period cannot exceed $15,000.

Transfers to Navy Federal loans from a checking account at another financial institution may be requested for a minimum of $5.00 to a maximum of $10,000 per Business Day. However, the total aggregate amount of all loan payments within any five-Business-Day period cannot exceed $30,000.

Transfers to Navy Federal mortgage loans from a checking account at another financial institution may be requested for a minimum of $5.00 to a maximum of $30,000 per Business Day. However, the total aggregate amount, which includes your regular payment, additional escrow, principal, and late fees, of all mortgage payments within any five-Business-Day period cannot exceed $30,000.

Aggregate amounts apply to all accounts that you own individually or that you have joint ownership of, and are based on the effective transfer date(s). If you attempt to schedule a transfer or payment that would exceed these limits, an online message will let you know the effective transfer date(s) that have exceeded these limits.



These transfer limits can also be found within Online Banking by clicking on the "Help" function, and then on "External Transfers" under the "Categories" column.

For security reasons, Navy Federal may impose further limitations on the dollar amounts of transfers initiated at Navy Federal.

### 10. Your Liability for Unauthorized Electronic Funds Transfers

**Notify us AT ONCE if you believe:**

- **your account may have been accessed without your authority;**
- **your card, code, or password has been lost or stolen;**
- **someone has transferred or may transfer money from your account without your permission; or**
- **an electronic funds transfer has been made without your permission using information from your check or your MMSA check.**

The best way to minimize your possible loss is to telephone or contact us through our eMessage system at **navyfederal.org**, although you may advise us in person or in writing. If you do not notify us, you could lose all the money in your account (plus your maximum line of credit amount).

If you tell us within two (2) Business Days after you discover your password or other means to access your account has been lost or stolen, your liability is no more than $50.00 should someone access your account without your permission. If you do not tell us within two (2) Business Days after you discover such loss or theft, and we can prove that we could have prevented the unauthorized use of your password or other means to access your account if you had told us, you could be liable for as much as $500.00.

**Also, if your statement shows transfers that you did not make or authorize, tell us AT ONCE.** If you do not tell us within sixty (60) days after the statement was delivered to you of any unauthorized or fraudulent use of your account, you may not get back any of the money you lost after the sixty (60) days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) prevented you from telling us, we may in our sole discretion extend the time periods.

**Telephone Numbers and Address to notify us of unauthorized account access or activity, lost or stolen credentials, or an unauthorized Bill Pay transaction:**

- Call 24 hours a day toll-free: 1-888-868-8123
- If in metro Washington, DC or outside the United States, call 703-255-8699
- Write us at: Navy Federal Credit Union (EFT), P.O. Box 3001, Merrifield, VA 22119-3001
- Send us an electronic message through our eMessaging system at **navyfederal.org**

### 11. In Case of Errors or Questions About Your Electronic Transfers

If you think your statement or receipt is wrong, or if you need more information about a transaction listed on your statement or receipt, contact us as soon as possible:

- Call us 24 hours a day at our toll-free number: 1-888-842-6328
- If overseas, visit **navyfederal.org** or use 1-703-255-8837 for collect international calls
- Write us at: Navy Federal Credit Union (EFT), P.O. Box 3001, Merrifield, VA 22119-3001

We must hear from you no later than sixty (60) days after the FIRST statement on which the problem or error appeared. When you contact us:

- tell us your name and account number;
- describe the error or the transaction you are unsure about and clearly explain why you believe it is an error or why you need more information; and
- tell us the dollar amount and date of the suspected error.

These are our procedures for resolving errors:

- If you tell us orally, we may require that you send your complaint in writing within ten (10) Business Days after your oral notification.
- We will determine whether an error occurred within ten (10) Business Days (twenty (20) Business Days for new accounts) after you notify us of the error and will correct any error promptly. However, if we require more time to confirm the nature of your complaint or question, we reserve the right to take up to forty-five (45) days to complete our investigation. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to ninety (90) days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within ten (10) Business Days (twenty (20) Business Days for new accounts) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A provisional credit is a temporary credit adjustment made to your account during the time it takes us to complete our investigation.
- If we ask you to submit your complaint or question in writing and we do not receive it within ten (10) Business Days, we may remove the provisional credit from your account.
- If it is determined that there was no error, we will reverse any provisional credits within one (1) Business Day of finishing our investigation, and send you a written explanation within three (3) Business Days. If there are insufficient funds in your account to cover the amount of the provisional credit, the account will be overdrawn, and you will be responsible for payment. You may ask for copies of documents used in our investigation.

### 12. Protecting Your Password and Ensuring the Security of Your Device

By applying for Mobile and Online Banking, you agree to accept responsibility for safeguarding and protecting your Password, Reset Question and Answer, Challenge Questions and Answers, or any other credentials used to access Mobile or Online Banking. If you believe your password or other credentials have been lost or stolen, or that someone may attempt to use your Mobile or Online Banking Service without your consent or has transferred money without your permission, notify us at once at the address or telephone numbers listed in paragraph 10, "Your Liability for Unauthorized Electronic Funds Transfers," above.

You agree not to give or make available your password or credentials to any unauthorized individuals, and you agree to be responsible for all actions taken by anyone to whom you have provided such credentials or allowed to use your Mobile or Online Banking Service, including any Bill Pay transactions.

In order to help prevent unauthorized transactions on Mobile and Online Banking, you also agree to ensure the security of the personal computer (PC) you own and/or use to access Online Banking, and of any mobile device you use to access Mobile Banking. By securing the PC you own and/or use, we specifically mean installing antivirus software, a firewall, and spyware detection software on your PC, and keeping this security software current, or verifying that the above security software has been installed and is current.

You also agree that Navy Federal may revoke Mobile or Online Banking if unauthorized Mobile or Online Banking occurs as a result of your negligence in safeguarding the Password, Reset Question and Answer, and Challenge Questions and Answers, or as a result of your negligence in ensuring the security of the PC you own and/or use to access the Navy Federal Online Banking Service, as described above, or of the mobile device used to access Mobile Banking.

### 13. Periodic Statements

You will receive a statement monthly unless your account(s) has/have not engaged in savings or checking account activity (no transactions) within 365 days. When there is no activity within 365 days, Navy Federal may choose to provide a statement on an annual basis.



### 14. Transaction Fees

Navy Federal does not charge for transfers initiated or account information viewed via Navy Federal Mobile or Online Banking, or for the Bill Pay Services, except for the optional "Rush Delivery" fee for expedited Bill Pay. However, message and data rates may apply. Visit **navyfederal.org** for more information. Please see the *Schedule of Fees and Charges* at **navyfederal.org** for fees charged for other transactions and optional services. Navy Federal reserves the right to charge for Mobile or Online Banking, including Bill Pay. You will be given at least twenty-one (21) days advance notice before Navy Federal implements any new fees for Mobile or Online Banking or Bill Pay.

### 15. Our Liability for Failure to Make Transfers

Navy Federal will use reasonable efforts to complete all your transfers properly. If Navy Federal does not complete a transfer to or from your account on time, in the correct amount, or to the correct recipient in accordance with your payment instructions, according to our Agreement with you, we may be liable for your losses or damages. Navy Federal's liability is limited; we will not be liable for indirect, special, or consequential damages.

There are some instances when we will NOT be liable, for example, if:

a.) through no fault of ours, you do not have sufficient funds in your account (for Bill Pay, this is your Payment Account–see the Bill Pay section below in this Agreement), available funds through your Optional Overdraft Protection Service (OOPS), or available credit in your Checking Line of Credit (CLOC) to make the transfer;

b.) the funds in your account are subject to legal process, such as garnishment or attachment;

c.) the account is subject to a pledge or security agreement;

d.) despite reasonable precautions that we have taken, circumstances beyond our control (such as fire, power failure, flood, or failure of paying agency to deliver direct deposit payment data) prevent the transfer; in such case for Bill Pay, the Bill Pay Service Guarantee shall be void;

e.) for Bill Pay, the Service is not working properly and you know or have been advised by us about the malfunction before you execute the transaction or the Payment Instruction; in such case for Bill Pay, the Bill Pay Service Guarantee shall be void;

f.) for Bill Pay, you have not provided the Service with the correct Payment Account information, or the correct name, address, phone number, or account information for the Biller; in such case, the Bill Pay Service Guarantee shall be void;

g.) Bill Pay Rush Delivery payments are submitted without complete or accurate information and are therefore rejected or do not post on time. You will be charged the associated fee for each Rush Delivery payment order you submit, regardless of whether it was properly submitted.

For Bill Pay, provided none of the foregoing exceptions are applicable, if the Service causes an incorrect amount of funds to be removed from your Payment Account or causes funds from your Payment Account to be directed to a Biller that does not comply with your Payment Instruction, the Service shall be responsible for returning the improperly transferred funds to your Payment Account, directing to the proper Biller any previously misdirected transactions, and, if applicable, any late payment-related charges.

### 16. Disclosure of Account Information to Third Parties

It is our general policy to treat your account information as confidential. However, we will disclose information to third parties about your account or the transactions you make ONLY in the following situations:

a.) Where it is necessary for completing transactions;

b.) Where it is necessary for activating additional services;

c.) In order to verify the existence or condition of your account to a third party, such as a credit bureau or Biller;

d.) To a consumer reporting agency for research purposes only;

e.) In order to comply with a governmental agency or court orders;

f.) If you give us your written permission;

g.) If we return checks on your account drawn on non-sufficient funds or if we are unable to complete an electronic transfer because of non-sufficient funds; or

h.) In accordance with Navy Federal's Privacy Policy, which you can find on **navyfederal.org**.

**17. Governing Law and Forum for Disputes**

This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Virginia, without regard to its conflicts of laws provisions, provided, however, that any dispute solely between you and the Service Provider shall be governed by and construed in accordance with the laws of the State of Georgia, without regard to its conflicts of laws provisions. To the extent that the terms of this Agreement conflict with applicable state or federal law, such state or federal law shall replace such conflicting terms only to the extent required by law. Unless expressly stated otherwise, all other terms of this Agreement shall remain in full force and effect. Unless our Important Disclosures Booklet states otherwise, you agree that any claim or dispute you may have against us must be resolved by a court located in the county in which you reside. You agree to submit to the personal jurisdiction of such courts for the purpose of litigating all claims or disputes. The United Nations Convention on Contracts for the International Sale of Goods shall not apply to this Agreement.

THE FOREGOING SHALL CONSTITUTE THE SERVICE'S ENTIRE LIABILITY AND YOUR EXCLUSIVE REMEDY. IN NO EVENT SHALL THE SERVICE BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES, INCLUDING LOST PROFITS (EVEN IF ADVISED OF THE POSSIBILITY THEREOF) ARISING IN ANY WAY OUT OF THE INSTALLATION, USE, OR MAINTENANCE OF THE EQUIPMENT, SOFTWARE, AND/OR SERVICE.

**18. Unauthorized Use**

Access to and use of the Navy Federal Mobile and Online Banking Service(s) is subject to all applicable federal, state, and local laws and regulations. Unauthorized use of the Navy Federal Mobile and Online Banking Service(s) or information accessed via the Navy Federal Mobile and Online Banking Service(s) is strictly prohibited.

**19. Links and Frames**

Links to other sites may be provided on the portion of the Site through which the Service is offered for your convenience. By providing these links, we are not endorsing, sponsoring, or recommending such sites or the materials disseminated by or services provided by them, and are not responsible for the materials, services, or other situations at or related to or from any other site, and make no representations concerning the content of sites listed in any of the Service web pages. Consequently, we cannot be held responsible for the accuracy, relevancy, copyright compliance, legality, or decency of material contained in sites listed in any search results or otherwise linked to the Site. For example, if you "click" on a banner advertisement or a search result, your "click" may take you off the Site. This may include links from advertisers, sponsors, and content partners that may use our logo(s) as part of a co-branding agreement. These other sites may send their own cookies to users, collect data, solicit personal information, or contain information that you may find inappropriate or offensive. In addition, advertisers on the Site may send cookies to users that we do not control. You may link to the home page of our Site. However, you may not link to other pages of our Site without our express written permission. You also may not "frame" material on our Site without our express written permission. We reserve the right to disable links from any third-party sites to the Site.

**20. Complete Agreement, Severability, Headings, Survival, and Inconsistencies**

In the event of a dispute regarding this Agreement and the Services offered through Mobile and Online Banking, you agree to resolve the dispute by looking to this Agreement. You agree that this Agreement is the complete and exclusive statement of the agreement between us, sets forth the entire understanding between us and you with respect to the Services and the portion of Navy Federal's website, the Site, or mobile app through which the Services are offered and supersedes any proposal or prior agreement, oral or written, and any other communications between us. If there is a conflict between the terms of this Agreement and something stated by an employee, contractor, or Service Provider of ours, the terms of the Agreement will prevail. The headings of paragraphs hereof are for convenience only and shall not control or affect the meaning or construction of any of the provisions of this Agreement. If any provision of this Agreement is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced. Any terms that by their nature should survive, will survive the termination of this Agreement. In the event of any inconsistency between prior Agreements applicable to the Navy Federal Mobile and Online Banking Service and this Agreement, this Agreement shall apply and control. Undefined terms herein shall have the meaning assigned to them in the Important Disclosures Booklet. This Agreement supplements the Important Disclosures Booklet. In the event of an inconsistency between the Important Disclosures Booklet and this Agreement, this Agreement shall govern.

**21. No Waiver**

We shall not be deemed to have waived any rights or remedies hereunder, unless such waiver is in writing and signed by one of our authorized representatives. No delay or omission on our part in exercising any rights or remedies shall operate as a waiver of such rights or remedies or any other rights or remedies. A waiver on any one occasion shall not be construed as a bar or waiver of any rights or remedies on future occasions.

**22. Assignment**

You may not transfer or assign any rights or obligations you have under this Agreement to any party, person, or entity without our prior written consent, which we may withhold in our sole discretion. We reserve the right to transfer or assign this Agreement or any right or obligation under this Agreement at any time to any party. We may also assign or delegate certain of our rights and responsibilities under this Agreement to independent contractors or other third parties.

**23. Amendments**

We may amend this Agreement and any applicable fees and charges for the Services at any time by posting a revised version on our website, **navyfederal.org**, or, where required by law, providing notice to you. The revised version will be effective at the time it is posted unless a delayed effective date is expressly stated in the revision. Any use of the Services after a notice of change or after the posting of a revised version of this Agreement on **navyfederal.org** will constitute your agreement to such changes and revised versions. Further, we may, from time to time, revise, update, upgrade, or enhance the Services and/or related applications or material, which may render all such prior versions obsolete. Consequently, we reserve the right to terminate this Agreement as to all such prior versions of the Services, and/or related applications and material, and limit access to only the Services' more recent revisions, updates, upgrades, or enhancements.

**24. Service Cancellation, Termination, or Suspension**

If you wish to cancel the Service, you may contact us as set forth in paragraph 10, "Your Liability for Unauthorized Electronic Funds Transfers," under "General Mobile Banking, Online Banking, and Bill Pay Terms and Conditions" above. Any payment(s) that has/have begun processing before the requested cancellation date will be processed by us. All Scheduled Payments (including recurring payments) will not be processed once the Service is canceled.

You agree that we may terminate or suspend your use of the Service(s) at any time and for any reason or no reason. Any payment(s) that we have already processed before the termination or suspension date will be completed by us. All Scheduled Payments (including recurring payments) will not be processed once the Service(s) is/are terminated or suspended.

Neither termination nor suspension shall affect your liability or obligations under this Agreement.

Navy Federal reserves the right to deny access to any one or more account(s) or to the Service(s) or any part thereof, or to deny the processing of transactions, in order to prevent or stop fraud or illegal activity or to maintain or restore security or performance to the Site or any other Navy Federal system. We may do so if we reasonably believe your account(s) has been or may be used by an unauthorized person(s) or for fraudulent or illegal activity. We may try to notify you in advance, but cannot guarantee we will do so.

Navy Federal reserves the right to revoke or refuse Mobile or Online Banking Services. We may cancel your Mobile or Online Banking Services at any time with or without written notice to you. For example (and not excluding other examples), if you do not provide us with your current mailing address and email address, we may cancel your services until you provide us with your current addresses.

### 25. Remedies

If we have reason to believe that you have engaged in any of the prohibited or unauthorized activities described in this Agreement or have otherwise breached your obligations under this Agreement, we may terminate, suspend, or limit your access to or use of the Site, the Navy Federal website, and/or the Service(s); notify law enforcement, regulatory authorities, impacted third parties, and others as we deem appropriate; refuse to provide our Service(s) to you in the future; and/or take legal action against you. In addition, we, in our sole discretion, reserve the right to terminate this Agreement, access to the Site, Navy Federal website, and/or use of the Service(s) for any reason or no reason and at any time. The remedies contained in this paragraph are cumulative and are in addition to the other rights and remedies available to us under this Agreement, by law or otherwise.

### 26. Indemnification

You agree to defend, indemnify, and hold harmless us and our Affiliates and Service Providers and their Affiliates and the employees and contractors of each of these, from any loss, damage, claim, or demand (including attorneys' fees) made or incurred by any third party due to or arising out of your breach of this Agreement, your use of Navy Federal's mobile app or website, and/or the Services offered through Mobile or Online Banking.

### 27. Release

You release us and our Affiliates and Service Providers and the employees and contractors of each of these, from any and all claims, demands, and damages (actual and consequential) of every kind and nature arising out of or in any way connected with any dispute that may arise between you or one or more other users of the Site, Navy Federal website, or the Service(s). In addition, you waive California Civil Code §1542, which states that a general release does not extend to claims that the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if not known by him or her, must have materially affected his or her settlement with the debtor.

### 28. Relationship to Other Agreements

You agree that when you use Mobile and Online Banking Services, you will remain subject to the terms and conditions of all existing agreements with our affiliates and us. You acknowledge that certain wireless service providers and/or wireless carriers may assess fees, limitations, and/or restrictions that might impact your use of Mobile or Online Banking (for example, your mobile service carrier or provider may impose data usage or text charges for your use of or interaction with Mobile Banking, including downloading the software, receiving or sending Mobile Banking text messages, or other use of your wireless device when using the software or other products and services provided by Mobile Banking). You expressly agree that you are responsible for all such fees, limitations, and restrictions.

### 29. Intellectual Property

All marks and logos related to the Service(s) are either trademarks or registered trademarks of us or our licensors. In addition, all page headers, custom graphics, button icons, and scripts are our service marks, trademarks, and/or trade dress or those of our licensors. You may not copy, imitate, or use any of the above without



our prior written consent, which we may withhold in our sole discretion, and you may not use them in a manner that is disparaging to us or the Service(s) or display them in any manner that implies our sponsorship or endorsement. All right, title, and interest in and to the Service(s), that portion of the Navy Federal website and/or the Site through which the Service(s) is/are offered, the technology related to the Navy Federal website, the Site and Service(s), and any and all technology and any content created or derived from any of the foregoing, is our exclusive property or that of our licensors. Moreover, any suggestions, ideas, notes, drawings, concepts, or other information you may send to us through or regarding the Navy Federal website, the Site, or Service(s) shall be considered an uncompensated contribution of intellectual property to us and our licensors, shall also be deemed our and our licensors' exclusive intellectual property, and shall not be subject to any obligation of confidentiality on our part. By submitting any such materials to us, you automatically grant (or warrant that the owner of such materials has expressly granted) to us and our licensors a perpetual, royalty-free, irrevocable, non-exclusive right, and license to use, reproduce, modify, adapt, publish, translate, publicly perform and display, create derivative works from, and distribute such materials or incorporate such materials into any form, medium, or technology now known or later developed, and you warrant that all so-called "moral rights" in those materials have been waived, and you warrant that you have the right to make these warranties and transfers of rights.

### 30. Exclusions of Warranties

**THE NAVY FEDERAL WEBSITE, THE SITE AND SERVICE(S), AND RELATED DOCUMENTATION ARE PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT. IN PARTICULAR, WE DO NOT GUARANTEE CONTINUOUS, UNINTERRUPTED, OR TIMELY ACCESS TO ANY PART OF OUR SERVICE(S), AND OPERATION OF THE NAVY FEDERAL WEBSITE AND THE SITE MAY BE INTERFERED WITH BY NUMEROUS FACTORS. SOME STATES DO NOT ALLOW THE DISCLAIMER OF CERTAIN IMPLIED WARRANTIES, SO THE FOREGOING DISCLAIMERS MAY NOT APPLY TO YOU. THIS PARAGRAPH GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER LEGAL RIGHTS THAT VARY FROM STATE TO STATE.**

### 31. Limitation of Liability

**THE FOREGOING SHALL CONSTITUTE YOUR EXCLUSIVE REMEDIES AND THE ENTIRE LIABILITY OF US AND OUR AFFILIATES AND SERVICE PROVIDERS AND THE EMPLOYEES AND CONTRACTORS OF EACH OF THESE, FOR THE SERVICE(S) AND THE PORTION OF THE NAVY FEDERAL WEBSITE OR SITE THROUGH WHICH THE SERVICE(S) IS/ARE OFFERED. YOU ACKNOWLEDGE AND AGREE THAT FROM TIME TO TIME, THE SERVICE(S) MAY BE DELAYED, INTERRUPTED, OR DISRUPTED PERIODICALLY FOR AN INDETERMINATE AMOUNT OF TIME FOR REASONS INCLUDING, BUT NOT LIMITED TO, ANY INTERRUPTION, DISRUPTION, OR FAILURE IN THE PROVISION OF THE SERVICE(S), WHETHER CAUSED BY STRIKES, POWER FAILURES, EQUIPMENT AND SOFTWARE MALFUNCTIONS, INTERNET DISRUPTION, OR OTHER REASONS. IN NO EVENT SHALL WE OR OUR AFFILIATES OR SERVICE PROVIDERS, OR THE EMPLOYEES OR CONTRACTORS OF ANY OF THESE, BE LIABLE FOR ANY CLAIM ARISING FROM OR RELATED TO THE SERVICE(S) CAUSED BY OR ARISING OUT OF ANY SUCH DELAY, INTERRUPTION, DISRUPTION, OR SIMILAR FAILURE. IN NO EVENT SHALL WE OR OUR AFFILIATES OR SERVICE PROVIDERS, OR THE EMPLOYEES OR CONTRACTORS OF ANY OF THESE, BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, PUNITIVE, OR EXEMPLARY DAMAGES, INCLUDING LOSS OF GOODWILL OR LOST PROFITS (EVEN IF ADVISED OF THE POSSIBILITY THEREOF) ARISING IN ANY WAY OUT OF THE INSTALLATION, USE, INABILITY TO USE, OR MAINTENANCE OF THE SERVICE(S) OR THE PORTION OF NAVY FEDERAL'S WEBSITE OR THE SITE THROUGH WHICH THE SERVICE(S) IS/ARE OFFERED, EVEN IF SUCH DAMAGES WERE REASONABLY FORESEEABLE AND NOTICE WAS GIVEN REGARDING THEM. IN NO EVENT SHALL WE OR OUR**

**AFFILIATES OR SERVICE PROVIDERS, OR THE EMPLOYEES OR CONTRACTORS OF ANY OF THESE, BE LIABLE FOR ANY CLAIM ARISING FROM OR RELATED TO THE SERVICE(S) OR THE PORTION OF THE NAVY FEDERAL WEBSITE OR SITE THROUGH WHICH THE SERVICE(S) IS/ARE OFFERED THAT YOU DO NOT STATE IN WRITING IN A COMPLAINT FILED IN A COURT PROCEEDING AS DESCRIBED IN PARAGRAPH 17 ABOVE WITHIN TWO (2) YEARS OF THE DATE THAT THE EVENT GIVING RISE TO THE CLAIM OCCURRED. THESE LIMITATIONS WILL APPLY TO ALL CAUSES OF ACTION, WHETHER ARISING FROM BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE), OR ANY OTHER LEGAL THEORY. OUR AGGREGATE LIABILITY, AND THE AGGREGATE LIABILITY OF OUR AFFILIATES AND SERVICE PROVIDERS, AND THE EMPLOYEES AND CONTRACTORS OF EACH OF THESE, TO YOU AND ANY THIRD PARTY FOR ANY AND ALL CLAIMS OR OBLIGATIONS RELATING TO THIS AGREEMENT SHALL BE LIMITED TO DIRECT OUT-OF-POCKET DAMAGES UP TO A MAXIMUM OF $500 (FIVE HUNDRED DOLLARS). SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.**

## C. Mobile Banking Terms and Conditions

This section provides information and the general terms and conditions for use of Navy Federal's Mobile Banking Services. You will find definitions of terms used for Mobile Banking, and a description of this service as well as describing what you can do using your mobile device.

### 1. Mobile Banking Definitions

**"Banking"** means using your Mobile Device to view your Navy Federal accounts and making transactions with the message functionality.

**"Eligible Accounts"** means accounts that Navy Federal includes in the Mobile Banking display, and that are permitted to be viewed by you on a Mobile Device. Some Mobile Banking users, such as joint owners, are prevented from viewing certain accounts belonging to the primary owner.

**"Mobile Device"** means a cell phone or electronic handheld device.

### 2. Description of Navy Federal Mobile Banking

Navy Federal Mobile Banking refers generally to any service allowing an existing Navy Federal Member or joint account holder to access and view Eligible Accounts from a Mobile Device.

### 3. What Does Navy Federal Mobile Banking Include?

- Navy Federal Mobile Banking includes access through the Navy Federal app. Mobile Banking allows you to view balances, track recent account activity for your Eligible Accounts, make funds transfers from your Mobile Device, and receive alerts for which you have subscribed, as well as other account actions as permitted and offered by us, including those actions in paragraph 8 in the section "General Mobile Banking, Online Banking, and Bill Pay Terms and Conditions."
- Navy Federal offers different ways you may sign in to Mobile Banking beyond just using your username and password. Depending on the features of your Mobile Device, you may be able to sign in through various optional biometric authentication. Biometric authentication is the process of verifying your identity based on your unique characteristics (biometric information), such as your fingerprint or face. Biometric authenticators are not obtained or stored by Navy Federal for access to Mobile Banking.

  You can turn these, and any biometric authentication methods that may be offered in the future, on or off within the Mobile Banking or Mobile Device settings. You acknowledge that by enabling Mobile Banking access by biometric authentication methods, anyone who has biometric access (e.g., fingerprint or facial recognition access) to your device will also be able to sign you in to Mobile Banking and have access to your personal and payment account information. If you believe someone has gained unauthorized access to your account or your password has been stolen, notify us via one of the contact methods listed above.

  Although Navy Federal does not share your personal information with nonaffiliated third-party companies for marketing purposes, we are aware that you may choose to do so in order to use their services. Please review our **Online Privacy Policy** for more information.

  You agree that if you give biometric access or make available your password or credentials to anyone, you are responsible for all actions taken by anyone to whom you have provided such biometric access or credentials. You also agree that Navy Federal may revoke Digital Banking access.
- From time to time, Navy Federal may develop additional Mobile Banking Services. As such Services are developed, you will have the opportunity to add them to your Navy Federal Mobile Banking Service, provided you have compatible wireless hardware and software.

## D. Bill Pay Terms and Conditions

This section provides information and additional terms and conditions for use of Navy Federal's Bill Pay Service. You will find definitions of terms used for Bill Pay, and provisions that provide you necessary information related to failed, returned, or refused transactions; prohibited payments; information authorization; scheduling payments; guarantee of the service and exceptions to payments; cancellation and stop payments; electronic bill payments; payment authorization and initiation of payment instructions; and receiving payments.

### 1. Bill Pay Definitions

- "**Biller**" is the person or entity to which you wish a bill payment to be directed or is the person or entity from which you receive electronic bills (E-Bills), as the case may be.
- "**Billing Account**" is your primary checking account from which any Service fees, excluding the optional Rush Delivery fee, will automatically be debited.
- "**Customer Care**" represents the customer service provided by the Service Provider to Navy Federal's Bill Pay subscribers on Navy Federal's behalf.
- "**Due Date**" is the date reflected on your Biller statement for which the payment is due. It is not the late date or grace period.
- "**Payment Account**" is the checking account from which bill payments will be debited. If you use the optional Rush Delivery service, the Rush Delivery fee will automatically be debited from this account.
- "**Payment Instruction**" is the information provided by you to the Service for a bill payment to be made to the Biller (such as, but not limited to, Biller name, Biller account number, and Scheduled Payment Date).
- "**Rush Delivery**" is an optional service available with participating Billers that allows you to initiate payment for immediate processing for an additional fee.
- "**Scheduled Payment**" is a payment that has been scheduled through the Service but has not begun processing.
- "**Scheduled Payment Date**" is the day you want your Biller to receive your bill payment and is also the day your Payment Account will be debited, unless the Scheduled Payment Date falls on a non-Business Day, in which case it will be considered to be the previous Business Day. Payments with the optional Rush Delivery service will begin processing immediately.
- "**Service**" means, in this Bill Pay Terms and Conditions section, Navy Federal's Bill Pay Service, offered through our Service Provider(s).
- "**Site**" means the portion of Navy Federal's website, **navyfederal.org**, or mobile app through which the Bill Pay Service is offered.

### 2. Service Providers

We are offering you the Service through one or more Service Providers that we have engaged to render some or all of the Service to you on our behalf. The Service Provider will be processing Bill Pay payments and answering questions directly related to such member-initiated Bill Pay payments. Notwithstanding that we have engaged such a Service Provider to render some or all of the Service to you, we are the sole party liable

to you for any payments or transfers conducted using the Bill Pay Service. You agree that we have the right under this Agreement to delegate to Service Providers all the rights and performance obligations that we have under this Agreement, and that the Service Providers will be third-party beneficiaries of this Agreement and will be entitled to all the rights and protections that this Agreement provides to us. Navy Federal, in our sole discretion, reserves the right to change Bill Pay Service Providers.

The Service Providers are independent contractors for all purposes, except that they act as your agent with respect to the custody of your funds for the Service. The Service Providers do not have control of, or liability for, any products or services that are paid for with the Service. The Service Providers also do not guarantee the identity of any user of the Service (including, but not limited to, Receivers to whom you send payments).

**3. United States Address**

To be enrolled in the Service, you must have a United States mailing address, a FPO or APO address, or an address in one of the following U.S. territories and/or possessions: American Samoa, Guam, Marshall Islands, Micronesia, N. Mariana Island, Palau, Puerto Rico, or the Virgin Islands.

**4. Failed or Returned Transactions**

In using the Service, you are requesting us to make payments for you from your Payment Account. If we are unable to complete the withdrawal from your Payment Account or your Eligible Transaction Account, as the case may be, for any reason (for example, there are non-sufficient funds in your Payment Account or Eligible Transaction Account to cover the transaction, or the transaction would exceed the credit or overdraft protection limit of your Payment Account or Eligible Transaction Account), the payment may not be made. In some instances, you will receive a return notice from us. In each such case, you agree that:

- you will reimburse us immediately upon demand for the transaction amount that has been returned to the Service;
- you will reimburse us immediately upon demand for any transaction amount paid by the Service;
- we may charge you a non-sufficient funds (NSF) fee in accordance with our *Schedule of Fees and Charges* available at **navyfederal.org**, even if the payment is not returned but is paid;
- you will reimburse us for any fees we incur in attempting to collect the transaction amount from you that was paid by the Service;
- to recover the transaction amount paid by the Service, we may withdraw the transaction amount from any share accounts on which you are a primary or joint owner;
- to recover the transaction amount paid by the Service, we may draw on the available balance on any line of credit accounts (e.g., CLOC) on which you are a primary or joint owner;
- we may impose a late charge equal to 1.5% monthly interest or the legal maximum, whichever rate is lower, for any amounts not reimbursed to us within fifteen (15) days of the initial demand; and
- we are authorized to report the facts concerning the failed or returned transaction to any consumer credit reporting agency.

**5. Prohibited Payments**

The following types of payments are prohibited through the Service, and we have the right but not the obligation to monitor for, block, cancel, and/or reverse such payments:

a.) Payments to or from persons or entities located in prohibited territories (including any territory outside of the United States or its territories);

b.) Payments that violate any law, statute, ordinance, or regulation;

c.) Payments that violate the Acceptable Use terms in paragraph 6 below;

d.) Payments related to: (1) tobacco products, (2) prescription drugs and devices; (3) narcotics, steroids, controlled substances, or other products that present a risk to consumer safety; (4) drug paraphernalia; (5) ammunition, firearms, or firearm parts or related accessories; (6) weapons or knives regulated under



applicable law; (7) goods or services that encourage, promote, facilitate, or instruct others to engage in illegal activity; (8) goods or services that are sexually oriented; (9) goods or services that promote hate, violence, racial intolerance, or the financial exploitation of a crime; (10) goods or services that defame, abuse, harass, or threaten others; (11) goods or services that include any language or images that are bigoted, hateful, racially offensive, vulgar, obscene, indecent, or discourteous; (12) goods or services that advertise or sell to, or solicit others; or (13) goods or services that infringe or violate any copyright, trademark, right of publicity or privacy, or any other proprietary right under the laws of any jurisdiction;

e.) Payments related to gambling, gaming, and/or any other activity with an entry fee and a prize, including, but not limited to, casino games, sports betting, horse or greyhound racing, lottery tickets, other ventures that facilitate gambling, games of skill (whether or not it is legally defined as a lottery), and sweepstakes;

f.) Payments relating to transactions that (1) support pyramid or Ponzi schemes, matrix programs, other "get rich quick" schemes, or multi-level marketing programs, (2) are associated with purchases of real property, annuities or lottery contracts, lay-away systems, off-shore banking, or transactions to finance or refinance debts funded by a credit card, (3) are for the sale of items before the seller has control or possession of the item, (4) constitute money-laundering or terrorist financing, (5) are associated with the following "money service business" activities: the sale of traveler's checks or money orders, currency dealers or exchanges, or check cashing, or (6) provide credit repair or debt settlement services;

g.) Tax payments and court-ordered payments.

In addition to the above-referenced prohibited payments, we may also block and/or reverse payments that involve donations or payments to an unauthorized charity or non-profit organization, unless we have performed appropriate due diligence on and investigation of such charity or non-profit organization and have determined its legitimacy, in our sole discretion. In no event shall we or our Service Providers be liable for any claims or damages resulting from your scheduling of prohibited payments. We have no obligation to research or resolve any claim resulting from a prohibited payment. All research and resolution for any misapplied, misposted, or misdirected prohibited payments will be your sole responsibility and not ours. We encourage you to provide notice to us by the methods described in paragraph 7 of this "Bill Pay Terms and Conditions" section of any violations of this paragraph or the Agreement generally.

**6. Acceptable Use**

You agree that you are independently responsible for complying with all applicable laws in all your activities related to your use of the Service(s), regardless of the purpose of the use, and for all communications you send through the Service(s). We and our Service Providers have the right but not the obligation to monitor and remove communications content that we find in our sole discretion to be objectionable in any way. In addition, you are prohibited from using the Service(s) for communications or activities that: (a) violate any law, statute, ordinance, or regulation; (b) promote hate, violence, racial intolerance, or the financial exploitation of a crime; (c) defame, abuse, harass, or threaten others; (d) include any language or images that are bigoted, hateful, racially offensive, vulgar, obscene, indecent, or discourteous; (e) infringe or violate any copyright, trademark, right of publicity or privacy, or any other proprietary right under the laws of any jurisdiction; (f) impose an unreasonable or disproportionately large load on our infrastructure; (g) facilitate any viruses, Trojan horses, worms, or other computer programming routines that may damage, detrimentally interfere with, surreptitiously intercept, or expropriate any system, data, or information; (h) constitute use of any robot, spider, other automatic device, or manual process to monitor or copy the Service or the portion of the Site through which the Service is offered without our prior written permission; (i) constitute use of any device, software, or routine to bypass technology protecting the Site or Service(s), or interfere or attempt to interfere, with the Site or Service(s); or (j) may cause us or our Service Providers to lose any of the services from our Internet Service Providers, payment processors, or other vendors. We encourage you to provide notice to us by the methods described in paragraph 7 of this "Bill Pay Terms and Conditions" section of any violations of this paragraph or the Agreement generally.

### 7. Questions Regarding the Service

If you have questions about the Service or your transactions, you may contact us via one of the following:

- Telephone us toll-free at 1-888-560-8031 or dial direct at 1-614-564-3878 during the Service Provider's hours
- Contact us by using the Service's eMessaging feature
- Write us at: Navy Federal Credit Union, Attn: Account Servicing, P.O. Box 182477, Columbus, OH 43218-2477

### 8. Notices to Us Regarding the Service

Notices to us concerning the Service must be sent by postal mail to:

Navy Federal Credit Union
Attn: Account Servicing
P.O. Box 182477
Columbus, OH 43218-2477

We may also be reached toll-free at 1-888-560-8031 or dial direct at 1-614-564-3878 for questions and other purposes concerning the Service. We will act on your telephone calls as described in paragraph 11, "In Case of Errors or Questions About Your Electronic Transfers," in the "General Mobile Banking, Online Banking, and Bill Pay Terms and Conditions" section above, but otherwise, such telephone calls will not constitute legal notices under this Agreement.

### 9. Notices to You

You agree that we may provide notice to you by sending it to you through the Navy Federal Online eMessage system, by sending you an in-product message within the Site, by emailing it to an email address that you have provided us, by mailing it to any postal address that you have provided us, or by sending it as a text message to any mobile phone number that you have provided us. For example, you may receive certain notices (such as notices of processed Payment Instructions, alerts for validation, and notices of receipt of payments) as text messages on your mobile phone. All notices by any of these methods shall be deemed received by you no later than twenty-four (24) hours after they are sent or posted, except for notice by postal mail, which shall be deemed received by you no later than three (3) Business Days after it is mailed.

### 10. Privacy of Others

If you receive information about another person through the Service, you agree to keep the information confidential and only use it in connection with the Service.

### 11. Receipts and Transaction History

You may view your Bill Pay transaction history by logging into the Service and looking at your transaction history. You agree to review your transactions by this method instead of receiving receipts by mail.

### 12. Mobile Phone Users

Your phone service provider is not the provider of the Service. Users of the Service will receive text messages relating to their Payment Instructions and other notices from time to time if a mobile phone number is provided. Data and messaging charges from your telecommunications provider may apply, and you are responsible for any such charges. In the event your enrolled mobile device is lost or stolen, you agree to update your enrollment information and make the appropriate changes to disable the use of such device. You understand that there are risks associated with using a mobile device, and that in the event of theft or loss, your confidential information could be compromised.

### 13. Information Authorization

Your enrollment in the Service may not be fulfilled if we or the Service cannot verify your identity or other necessary information. For Bill Pay, in order to verify ownership of the Payment Account(s) and/or Billing Account, the Service may issue offsetting debits and credits to the Payment Account(s) and/or Billing Account, and require confirmation of such from you. Through your enrollment in the Service, you agree that we or the Service reserve the right to request a review of your credit rating at our or its own expense through an authorized bureau. In addition, and in accordance with our Privacy Policy, you agree that we reserve the right to obtain personal information about you, including (without limitation) financial information and transaction history regarding your Payment Account or Eligible Transaction Account. In addition, you agree that the Service reserves the right to obtain financial information regarding your account from a Biller or your financial institution (for example, to resolve payment posting problems or for verification). You further understand and agree that we reserve the right to use personal information about you for our and our Service Providers' everyday business purposes, such as to maintain your ability to access the Service, to authenticate you when you log in, to send you information about the Service, to perform fraud screening, to verify your identity, to determine your transaction limits, to perform collections, to comply with laws, regulations, court orders, and lawful instructions from government agencies, to protect the personal safety of subscribers or the public, to defend claims, to resolve disputes, to troubleshoot problems, to enforce this Agreement, to protect our rights and property, and to customize, measure, and improve the Service and the content and layout of the Navy Federal website and the Site. Additionally, we and our Service Providers may use your information for risk management purposes and may use, store, and disclose your information acquired in connection with this Agreement as permitted by law, including (without limitation) any use to effect, administer, or enforce a transaction or to protect against or prevent actual or potential fraud, unauthorized transactions, claims, or other liability. We and our Service Providers shall have the right to retain such data even after termination or expiration of this Agreement for risk management, regulatory compliance, audit compliance, and audit reasons, and as permitted by applicable law for everyday business purposes. In addition, we and our Service Providers may use, store, and disclose such information acquired in connection with the Service in statistical form for pattern recognition, modeling, enhancement and improvement, and system analysis, and to analyze the performance of the Service.

### 14. Charges or Fees

The Bill Pay service is provided to you at no cost. Charges for other transactions and optional services (e.g., non-sufficient funds, stop payment, or overdraft fees), as well as the fee associated with the optional Rush Delivery service, are specified in Navy Federal's *Schedule of Fees and Charges*, which can be found at **navyfederal.org**.

You agree to pay such fees and charges, and authorize the Service to charge your designated Billing Account for these amounts and any additional charges that may be incurred by you. Any fees associated with your share or loan accounts will continue to apply. You are responsible for any and all telephone access fees or internet service fees that may be assessed by your telephone utility and/or internet service provider.

### 15. Banking Changes

You can update your choice of Payment Account within the Service, but any changes to your Billing Account must be made by calling Navy Federal at 1-888-842-6328. All changes made are effective immediately for scheduled and future payments paid from the updated Payment Account information. The Service is not responsible for any payment processing errors or fees incurred if you do not provide accurate Payment Account information, contact information, or payment instructions.

### 16. Bill Payment Scheduling

The earliest possible Scheduled Payment Date for each Biller (typically four (4) or fewer Business Days from the current date) will be designated within the application when you are scheduling the payment. Therefore, the application will not permit you to select a Scheduled Payment Date earlier than the earliest possible Scheduled Payment Date designated for each Biller. When scheduling payments, you must select a Scheduled Payment Date that is no later than the actual Due Date reflected on your Biller statement, unless the Due Date falls on a non-Business Day. If the actual Due Date falls on a non-Business Day, you must select a Scheduled Payment Date that is at least one (1) Business Day before the actual Due Date. Scheduled Payment Dates should be prior to any late date or grace period.

Please note: While you can make payments to your Navy Federal loan accounts using the Service, you can also make payments using the transfer payment option on the Navy Federal Online Banking service at no charge.

Rush Delivery: In order for a Rush Delivery payment to be processed the same day, it must be initiated on a Business Day and prior to the Biller's cutoff time. Cutoff times vary by Biller. If Rush Delivery is not available for an intended Biller, if you have missed the Biller's cutoff time for that day, or if you attempt to submit a Rush Delivery payment on a non-Business Day, it will not be presented as an option to you.

### 17. The Service Guarantee

Due to circumstances beyond the control of the Service, particularly delays in handling and posting payments by Billers or financial institutions, some transactions may take longer to be credited to your account. The Service will bear responsibility for any late payment-related charges up to $50.00 should a payment post after its Due Date, as long as the payment was scheduled in accordance with the guidelines described under "Bill Payment Scheduling" in this Agreement.

### 18. Exception Payments

Tax payments and court-ordered payments may be scheduled through the Service; however, such payments are discouraged and are scheduled at your own risk. In no event shall the Service be liable for any claims or damages resulting from your scheduling of these types of payments. The Service Guarantee as it applies to any late payment-related charges is void when these types of payments are scheduled and/or processed by the Service. The Service has no obligation to research or resolve any claim resulting from an exception payment. All research and resolution for any misapplied or misdirected payments will be the sole responsibility of you and not of the Service.

### 19. Payment Authorization and Payment Remittance

By providing the Service with names and account information of Billers to whom you wish to direct payments, you authorize the Service to follow the Payment Instructions that it receives through the payment system. In order to process payments more efficiently and effectively, the Service may edit or alter payment data or data formats in accordance with Biller directives.

When the Service receives a Payment Instruction, you authorize the Service to debit your Payment Account and remit funds on your behalf so that the funds arrive as close as reasonably possible to the Scheduled Payment Date designated by you. You also authorize the Service to credit your Payment Account for payments returned to the Service by the United States Postal Service or Biller, or payments remitted to you on behalf of another trusted user of the Service.

For electronic payments and corporate checks, the payment amount will be debited from or charged to your Payment Account on the Scheduled Payment Date. For draft payments (e.g., checks issued from your Payment Account), funds are deducted from your Payment Account when the check is presented to us for payment that may occur before, on, or after the Scheduled Payment Date. Since we cannot predict the exact date that a check will be presented to us for payment, please make sure you have sufficient funds in your Payment Account beginning a few days before your Scheduled Payment Date and keep such funds available until the payment is deducted from your Payment Account.

If you choose the optional "Rush Delivery" service, you authorize the Service to debit your Payment Account the same day, with the additional fee charged for Rush Delivery. Please refer to the *Schedule of Fees and Charges* at **navyfederal.org**.

### 20. Payment Methods

The Service reserves the right to select the method in which to remit funds on your behalf to your Biller. These payment methods may include, but may not be limited to, an electronic payment, an electronic-to-check payment, or a laser draft payment (funds remitted to the Biller are deducted from your Payment Account when the laser draft is presented to your financial institution for payment).



### 21. Payment Cancellation Requests

You may cancel or edit any Scheduled Payment, including recurring payments, but excluding "Rush Delivery" payment orders, by following the directions within the application. There is no charge for canceling or editing a Scheduled Payment. Once the Service has begun processing a payment, it cannot be canceled or edited. Therefore, a stop payment request must be submitted.

The "Rush Delivery" service results in immediate processing of your payment, and cannot be modified or canceled once submitted.

### 22. Stop Payment Requests

The Service's ability to process a stop payment request will depend on the payment method and whether or not a check has cleared. The Service may also not have a reasonable opportunity to act on any stop payment request after a payment has been processed. If you desire to stop any payment that has already been processed, you must contact Bill Pay Customer Care, offered through our Service Provider. Although the Service will make every effort to accommodate your request, the Service will have no liability for failing to do so. The Service may also require you to present your request in writing within fourteen (14) days. Please refer to the *Schedule of Fees and Charges,* which can be found on the Navy Federal website (**navyfederal.org**).

A stop payment request cannot be submitted for "Rush Delivery."

### 23. Electronic Bill (E-Bill) Delivery and Presentment

This feature is for the presentment of electronic bills (E-Bills) only, and it is your sole responsibility to contact your Billers directly if you do not receive your statements. In addition, if you elect to activate one of the Service's electronic bill options, you also agree to the following:

a.) Information provided to the Biller—The Service is unable to update or change your personal information such as, but not limited to, name, address, phone numbers, and email addresses with the electronic Biller. Any changes will need to be made by contacting the Biller directly. Additionally, it is your responsibility to maintain all usernames and passwords for all electronic Biller sites. You also agree not to use someone else's information to gain unauthorized access to another person's bill. The Service may, at the request of the Biller, provide to the Biller your email address, service address, or other data specifically requested by the Biller at the time of activating the electronic bill for that Biller, for the purposes of the Biller informing you about Service and/or bill information.

b.) Activation—Upon activation of the electronic bill feature, the Service may notify the Biller of your request to receive electronic billing information. The presentment of your first electronic bill may vary from Biller to Biller and may take up to sixty (60) days, depending on the billing cycle of each Biller. Additionally, the ability to receive a paper copy of your statement(s) is at the sole discretion of the Biller. While your electronic bill feature is being activated, it is your responsibility to keep your accounts current. Each electronic Biller reserves the right to accept or deny your request to receive electronic bills.

c.) Authorization to obtain bill data—Your activation of the electronic bill feature for a Biller shall be deemed by us to be your authorization for us to obtain bill data from the Biller on your behalf. For some Billers, you will be asked to provide us with your username and password for that Biller. By providing us with such information, you authorize us to use the information to obtain your bill data.

d.) Notification—The Service will use its best efforts to present all your electronic bills promptly. In addition to notification within the Service, the Service may send an email notification to the email address listed for your account. It is your sole responsibility to ensure that this information is accurate. In the event you do not receive notification, it is your responsibility to periodically log in to the Service and check on the delivery of new electronic bills. The time for notification may vary from Biller to Biller. You are responsible for ensuring timely payment of all bills.

e.) Cancellation of electronic bill notification—The electronic Biller reserves the right to cancel the presentment of electronic bills at any time. You may cancel electronic bill presentment at any time. The timeframe for cancellation of your electronic bill presentment may vary from Biller to Biller. It may take up to sixty (60) days, depending on the billing cycle of each Biller. The Service will notify

your electronic Biller(s) as to the change in status of your account, and it is your sole responsibility to make arrangements for an alternative form of bill delivery. The Service will not be responsible for presenting any electronic bills that are already in process at the time of cancellation.

f.) Non-delivery of electronic bill(s)—You agree to hold the Service harmless should the Biller fail to deliver your statement(s). You are responsible for ensuring timely payment of all bills. Copies of previously delivered bills must be requested from the Biller directly.

g.) Accuracy and dispute of electronic bill—The Service is not responsible for the accuracy of your electronic bill(s). The Service is only responsible for presenting the information we receive from the Biller. Any discrepancies or disputes regarding the accuracy of your electronic bill summary or detail must be addressed with the Biller directly.

This Agreement does not alter your liability or obligations that currently exist between you and your Billers.

**24. Biller Limitation**

The Service reserves the right to refuse to pay any Biller to whom you may direct a payment. The Service will notify you promptly if it decides to refuse to pay a Biller designated by you. This notification is not required if you attempt to make a prohibited payment or an exception payment under this Agreement.

**25. Returned Payments**

In using the Service, you understand that Billers and/or the United States Postal Service may return payments to the Service for various reasons such as, but not limited to: Biller's forwarding address expired; Biller account number is not valid; Biller is unable to locate account; or Biller account is paid in full. The Service will use its best efforts to research and correct the returned payment and return it to your Biller, or void the payment and credit your Payment Account. You may receive notification from the Service.

By clicking or tapping "OK," you confirm:

1.) you have read and agree to the ESIGN Member Consent to Use Electronic Signatures and Documents;

2.) you have read and agree to the Mobile Banking, Online Banking, and Bill Pay Terms and Conditions;

3.) you consent to receive disclosures and other related notices electronically in connection with Mobile and Online Banking and you have the ability to view, save, or print PDF files on your internet access device; and

4.) you have access to Navy Federal Mobile and Online Banking with an ISP and are able to send and receive email.

**NOTES**

NOTES

NOTES

## Your Affiliate Marketing Choices

For personal information *(such as your name, address, or certain account-related information)* shared among affiliates, you may opt out of direct marketing of products and services by those affiliates with whom you do not have a prior business relationship. You may do this by calling the toll-free number of the appropriate Navy Federal company provided. An opt-out by a joint account holder will be treated as applying to all associated joint account holders. Your choice to limit marketing offers from our affiliates will apply until you notify us to modify your preference.

**Note:** If you have already requested this, there is no need to do so again.

## Contact the Navy Federal Family

If you have questions or if you need to correct information that we have on file, please contact us at:

**Navy Federal Credit Union**

- PO Box 3000
  Merrifield, VA 22119-3000
  Toll-free in the U.S. 1-888-842-6328
  For toll-free numbers when overseas, visit **navyfederal.org.**
  Collect internationally 1-703-255-8837

**Navy Federal Financial Group**
**Navy Federal Brokerage Services**

- 820 Follin Lane SE
  Vienna, VA 22180
  1-877-221-8108
  Fax: 703-206-1510

**Navy Federal Title Services**

- 21631 Ridgetop Circle
  Suite #265
  Sterling, VA 20166
  571-267-2120
  Toll-free 1-855-404-9549

**Federally insured by NCUA.**

© 2024 Navy Federal NFCU 606 (7-24)

NAVY FEDERAL CREDIT UNION

# IMPORTANT DISCLOSURES



NAVY FEDERAL Credit Union

navyfederal.org
1-888-842-6328

# Table of Contents

Membership/Savings/Checking Disclosure Statement ........ 1
Funds Availability Schedule ........ 10
Electronic Funds Transfer Agreement and Disclosure ........ 12
What Does Navy Federal Do With Your Personal Information? ........ 16

# Membership/Savings/Checking Disclosure Statement

## Membership

Upon verification of eligibility following submission of a completed membership application and acceptance for membership by the membership officer, and upon purchase of at least one share *($5)*, a Membership Savings Account will be established in your name, indicating that you are a Member-owner of Navy Federal Credit Union *(Navy Federal)*. Membership at Navy Federal comes with certain ongoing responsibilities. By signing your original membership application, you and your joint owner(s), if any, agree to abide by the properly disclosed terms and conditions of all accounts or services that you may receive at Navy Federal. You also agree to keep Navy Federal informed of your current mailing address. The terms and conditions of these accounts and services are subject to change without notice to you, unless prior notification is required by law.

A balance of at least one share *($5)* is required to establish and maintain membership. The balance in your Membership Savings Account must not be reduced below the value of one share *($5)* at any given time. If your Membership Savings Account maintains a balance of less than a share *($5)* for 180 consecutive days, the Membership Savings Account may be closed, thereby terminating your membership. To protect your Member-owner status, we may limit access to your initial share *($5)*. You will be considered an active Member in Navy Federal as long as you have a Membership Savings Account balance of $50 or more; have a Membership Savings Account balance of $5 or more and a checking account, a Money Market Savings Account *(MMSA)*, a certificate, an Individual Retirement Account, a credit card account, an additional savings account, or a current consumer loan or mortgage account; or have a Membership Savings Account balance of $5 or more and are a Member under the age of 24. If you do not meet one of the above criteria, you will be considered an inactive Member and may be subject to a quarterly Inactive Member Fee in the amount listed on Navy Federal's current *Schedule of Fees and Charges*. The fee will be assessed until you meet one of the criteria listed above or the Membership Savings Account is closed, thereby terminating your membership. Once this happens, you must be in Navy Federal's field of membership to reopen the account.

A savings account may not be used for commercial or business purposes.

## Restriction of Services

Navy Federal may restrict or suspend access by a Member to any or all products or services, except the basic rights of a Member to vote in annual and special meetings and maintain a share account, if a Member engages in conduct that is abusive to the credit union and its membership. This conduct includes, but is not limited to, actions that abuse the products or services of the credit union; abusive or threatening behavior; and suspicious, fraudulent, illegal, dishonest, or deceptive activities. Restrictions or suspensions of accounts, products, and/or services will be reasonably related to the nature of the Member's conduct. This policy will also apply to joint owners and authorized users of accounts, products, and services. When a Member is delinquent on a loan or has caused Navy Federal a loss, Navy Federal may deny that Member's subsequent application for any new product or service that would allow the Member to obtain further credit from Navy Federal or cause Navy Federal a further loss. Pursuant to Navy Federal's bylaws and the Federal Credit Union Act, Members may be expelled at a special meeting called for the purpose of expelling those Members.

## Other Limitations of Services

Your access to any services described herein or otherwise offered to you may be limited due to system outages, errors, backlogs, or suspected fraud or illegal activity—to the extent allowed by law—in order to maintain or restore security or performance to said systems. There are many reasons we may decline or prevent transactions to or from your account, but generally we do this to protect you, us, and our membership as a whole, or to comply with legal requirements. We may decline or prevent any or all transactions to or from your account. We may refuse, freeze, reverse, or delay any specific withdrawal, payment, transfer of funds, deposits (check, ACH, or wires), credit, or debit to or from your account, or we may remove funds from your account to hold them pending investigations, including in one or more of the following circumstances:

- Your account is involved in any legal or administrative proceeding;
- We receive conflicting information or instructions regarding account ownership, control, or activity;
- We suspect that you may be the victim of a fraud, scam, or financial exploitation, even though you have authorized the transaction(s);
- We suspect that any transaction may involve illegal activity; be fraudulent; or, after having made funds available, may reasonably result in uncollected funds;

- We are complying with any federal, state, or local law, rule, or regulation, including federal asset control and sanction rules and anti-money laundering rules, or with our policies adopted to assure that we comply with those laws, rules, or regulations; or
- We reasonably believe that doing so is necessary to avoid a loss or reduce risk to us, you, or the membership as a whole.

If we suspect fraud or illegal activity, we may, at our discretion, transfer your existing account to a replacement account with a new account number. We may make this assignment when your account is reported compromised by you. If we issue you a replacement account number, this agreement will continue to apply, without interruption, as if you retained the discontinued account number.

## Contacting You Via Your Cell Phone Number or Email Address

You must provide us a phone number and an email address to discuss your accounts with us. If you provide a cell phone number, Navy Federal has your permission to contact you at that number about all your Navy Federal accounts, including account servicing and collection purposes. You're granting Navy Federal permission to place automated, prerecorded, or artificial-voice non-marketing calls and text messages to that number. Messaging and data rates from your carrier may apply. You agree to promptly notify us if your contact information changes. Visit **navyfederal.org** for more information.

If you provide an email address, Navy Federal has your permission to send you email messages using an automatic emailing system for commercial or transactional purposes.

Navy Federal may at any time request the following from you in relation to your Mobile or Online Banking activities: electronic banking credentials, implementation of alternative risk control mechanisms, or may contact authorities when suspicious account activity or Member security-related events occur.

| Services | SMS Short Code | Description of Service | Frequency of Messages |
|---|---|---|---|
| Credit Card Fraud Alerts | 20270 | Free to End User notifications to alert you about possible risk of credit card fraud | Message frequency varies |
| Debit Card Fraud Alerts | 33748 | Free to End User notifications to alert you about possible risk of debit card fraud | Message frequency varies |
| One-Time Passcode Alerts | 668439 | Free to End User text message to receive your passcode via a one-time text message on your mobile phone | One-time per request |
| Security Alerts | 73077<br>35038 | Free to End User notifications to alert you about possible risk of fraud, identity theft, and/or account security | Message frequency varies |
| Account Transaction Alerts AKA "Recurring" | 40554<br>21398 | Notifications related to account transactions, including, but not limited to, account balance alerts or deposit confirmation alerts | Message frequency varies |
| On-Demand Alerts | 73949<br>24149 | Receive information you have requested via a one-time text message to your mobile phone | One-time per request |
| Visit Notifications | 36428 | Notifications about your visit to an NFCU Branch | Message frequency varies |
| Account Servicing and Collection Alerts | 37531<br>62351 | Notifications to contact you for account servicing and collection purposes, including payment reminders | Message frequency varies |
| Informational Alerts | 39227 | Receive informational messages about Navy Federal | Message frequency varies |
| Status Alerts | 46328<br>68678 | Notifications related to account status updates, including, but not limited to, application and appointment updates. | Message frequency varies |

If you have questions about mobile or text messages related to the Services listed above, you may **send a text message with the word "HELP" to the applicable SMS Short Code or call us toll-free at 1-888-868-8123**. To stop receiving text messages for any of the above Services on your phone, **text "STOP" to the applicable SMS Short Code.** Wireless service providers and wireless carriers are not liable for delayed or undelivered messages.

## Required IRS Information

Federal law requires each individual becoming a Member to certify under penalty of perjury that the Taxpayer Identification Number *(TIN)* furnished to Navy Federal is the individual's correct number and the individual is not subject to backup withholding. For an individual, your TIN is usually your Social Security Number. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required for backup withholding. Failure to provide a valid TIN and to complete and sign a membership application certifying your Social Security Number for this purpose could result in backup withholding being applied to all your interest earnings *(dividends)* at Navy Federal. If you are not a U.S. citizen or U.S. resident alien, you must complete a Form W-8BEN verifying non-resident alien status.

## Important Information About Procedures for Opening a New Account

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

*What this means for you:* When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. Further, to comply with the Bank Secrecy Act (BSA), we may ask you to supply certain additional information about your employment and other sources of income.

## Dividends

Dividends are a division and distribution of earnings among Members, after all expenses have been paid and the required amount has been set aside for reserves. Dividend rates are declared prospectively by the Board of Directors in the month preceding the dividend period. These prospective dividend rates may change at the determination of the Board. Navy Federal also provides the Annual Percentage Yield *(APY)* for each dividend rate declared by the Board. Payment of all dividends is dependent on the availability of earnings at the end of the period. Dividends at Navy Federal are earned on deposits, including non-cash deposits, from day-of-deposit to day-of-withdrawal *(Mobile Deposits on checking, savings, and MMSA accounts are earned from the day of acceptance of the Mobile Deposit)*, and are computed using the daily balance method by applying the daily periodic rate to the full amount in the account at the end of the day. Dividends for the savings and checking accounts, where applicable, are credited the last day of the period they are earned and are compounded monthly. The dividend period is monthly—for example, the beginning date of the first dividend period of the calendar year is Jan. 1, and the ending date of such dividend period is Jan. 31. All other dividend periods follow this same pattern of dates.

## Current Rates and Fees

Current rates may be obtained online at **navyfederal.org** or by calling Navy Federal toll-free in the U.S. at 1-888-842-6328. For toll-free numbers when overseas, visit **navyfederal.org** Use 1-703-255-8837 for collect international calls. Fees and charges that may be assessed are disclosed on Navy Federal's current *Schedule of Fees and Charges*.

## Share Insurance Coverage

Your shares at Navy Federal are federally insured. Share insurance coverage is provided by the National Credit Union Administration *(NCUA)*, an independent government agency that charters, regulates, and insures federal credit unions. Your shares are backed by our solid financial standing. The insurance protects Members against loss if a federal credit union fails. Individual accounts are insured for up to $250,000 for combined balances in your savings, checking, share certificates, and MMSAs. Joint accounts are insured for up to $250,000 for each joint owner on the account. The most share insurance coverage any Member can have as a result of joint ownership is $250,000, regardless of the number of joint accounts he or she co-owns.

The combined balances in your Traditional, Simplified Employee Pension *(SEP)*, and Roth IRA plans are insured separately from your other Navy Federal accounts for up to $250,000. Educational Savings Accounts *(ESAs)* are insured separately from your other Navy Federal accounts for up to $250,000.

Payable on Death *(POD)* accounts are insured separately from your other Navy Federal accounts. Each owner is insured for up to $250,000 per beneficiary. Deposit Trust Accounts are insured separately from your other Navy Federal accounts. Each grantor is insured for up to $250,000 per beneficiary. For more information about NCUA share insurance, please see the Insurance on Your Savings brochure *(NFCU 1116e)*.

## Joint Ownership

Account opening disclosures, change in terms notice, annual error resolution notice, periodic statements, preauthorized transfer notice, and overdraft opt-in notice can be provided to each owner of the account. If you designate a joint owner on any depository account(s), it is co-owned equally by you and the joint owner. Joint ownership means that the shares and accumulated dividends may be withdrawn or transferred by you or the joint owner, or pledged as collateral against a loan by you or the joint owner (if a Member) at any time. Navy Federal is not liable for carrying out any of these requested actions. Accounts can be closed at any time, including by a joint owner, provided it is not the Membership Savings Account. Joint owner designation does not grant membership in Navy Federal. Non-Members may be designated as joint owners by the account owner. Non-Member joint owners are granted ownership rights and access to funds in the designated Member account(s) equal to the owner of the account. Non-Member joint owners may not have access to all Member services.

## Survivorship

The "survivorship" designation on the Membership Savings Account applies to all other joint accounts with the same joint owner, unless specifically designated otherwise for a particular account on a separate application. If "Joint Account–With Survivorship" is designated, on the death of an owner of the account, the deceased owner's shares in the account pass to the surviving owner of the account. If "Joint Account–No Survivorship" is designated, on the death of an owner of the account, the deceased owner's shares in the account pass as a part of the deceased owner's estate.

## Zero Balance Accounts

Checking accounts, savings accounts other than a Membership Savings Account, and MMSAs may close after 180 consecutive days at a zero balance. Share Certificates and Individual Retirement Arrangement *(IRA)* Certificates will generally close within 30 days if the balance is zero. IRA Savings Accounts and IRA MMSAs may close after 90 consecutive days at a zero balance.

## Savings Transfers and Withdrawals

You may transfer and/or withdraw funds from your savings account as often as you want. Navy Federal shall have the right, at any time, to require you to give, in writing, not more than 60 days' notice of intention to withdraw or transfer the whole or any part of the funds in your savings account.

## Order of Transactions

Navy Federal posts items presented on your account in the following order: all money coming in *(credits and deposits)*; ATM withdrawals; debit card transactions, also called Point of Sale *(POS)*; Automated Clearing House *(ACH)* debits; and checks written. When more than one transaction is processed from a group of transactions, the items will be posted in the order of lowest to highest amount within that group of transactions.

## Checking Account

We may deny opening a checking account if you have had any previous checking accounts closed for unsatisfactory reasons. A personal checking account may not be used for commercial or business purposes. Shares in the checking account may not be pledged as collateral on any loan. All non-cash share purchases or payments made to the checking account will be credited subject to final payment of the deposited item(s). Navy Federal encourages you to use blue or black ink when writing checks.

It is agreed that checks may be used to withdraw funds from this checking account. By requesting a checking account, you authorize Navy Federal to pay checks signed by you or the joint owner *(if any)* of this account and to charge the payments against the checking account. You shall discharge Navy Federal from any liability for carrying out any requested actions. The right or authority of Navy Federal under this agreement shall not be changed or terminated by you except by written notice to Navy Federal, which shall not affect transactions previously made. Each negotiated check will be charged to the checking account as of the date of receipt by Navy Federal. Navy Federal will not be responsible for checks that are postdated if they are paid before the date of the instrument. Navy Federal is under no obligation to pay or refuse payment of a check on which the date is more than 6 months old. Navy Federal is authorized to refuse checks that exceed funds available in the checking account. The first time we refuse a check for insufficient funds, we will assess a Non-Sufficient Funds *("NSF")* fee in the amount shown on Navy Federal's current *Schedule of Fees and Charges* for each refused check. A financial institution where you deposit a check, or a payee, may resubmit the check to Navy Federal even if we have already refused the check for insufficient funds in the checking account. If the resubmitted check again exceeds the funds available in the checking account, Navy Federal will refuse the check but additional NSF fee(s) will not be assessed as to that resubmitted check if the merchant properly labeled it as a resubmitted item and resubmitted it within 90 days. However, because Navy Federal generally cannot identify resubmitted items unless the merchant properly labels them, you may incur an NSF fee for resubmitted items. If you believe that you incurred an NSF fee for a resubmitted item, you must notify Navy Federal as soon as possible to request a fee refund or reversal.

The owner and joint owner *(if any)* may request that payment of a check be stopped by providing notification to Navy Federal. A fee will be assessed in the amount shown on Navy Federal's current *Schedule of Fees and Charges* for each stop-payment request. When we process a stop-payment request, you will hold Navy Federal harmless from all claims and demands resulting from the refusal to honor the check. This means that reimbursement for all damages, costs, and expenses incurred or later assigned because of the refusal to honor the check will be your responsibility. The owner and joint owner *(if any)* may request copies of paid checks. A fee may be assessed as provided on Navy Federal's current *Schedule of Fees and Charges* for each check copy.

In order to stop payment on automated payments scheduled through your checking account, savings account, or debit card, you must contact Navy Federal via phone or in writing at the contact information provided at the end of this agreement and disclosure.

Navy Federal may return certain debits *(i.e., ACH payments)* submitted for payment against the checking account if the amount of the debit exceeds the funds available in the checking account. The first time we return a debit for insufficient funds, we will assess a NSF fee in the amount shown on Navy Federal's current *Schedule of Fees and Charges* for each returned debit item. The entity that submitted the debit may submit another debit to Navy Federal even if we have already returned the prior debit for insufficient funds in the checking account. If the resubmitted debit again exceeds the funds available in the checking account, Navy Federal will return the debit but additional NSF fee(s) will not be assessed if the merchant properly labeled that debit as a resubmitted item. However, because Navy Federal generally cannot identify resubmitted debit items unless the merchant properly labels them, you may incur an NSF fee for resubmitted debit items. If you believe that you incurred an NSF fee for a resubmitted debit item, you must notify Navy Federal as soon as possible to request a fee refund or reversal.

Navy Federal may, at its option, pay a Navy Federal Debit Card transaction that exceeds the balance in the checking account by transferring the amount of the resulting overdraft from your savings account. You will be held responsible for the amount of any Navy Federal Debit Card transaction that cannot be paid out of your checking account or line of credit, or through the Optional Overdraft Protection Service *(OOPS)*. A Navy Federal membership account generally includes one or more savings subaccounts and one or more checking subaccounts. Periodically, we may transfer funds between a checking subaccount and a savings subaccount for account management purposes.

## Overdraft Savings Transfers

An Overdraft Savings Transfer is a service that transfers funds, at no charge to you, from a linked share savings account to your checking account when there are insufficient or unavailable funds in your checking account. Your share savings account is linked to your checking account of choice unless you decline Overdraft Savings Transfer coverage. Only one savings account per checking account can be set up as a linked account. An MMSA is not eligible to be a linked savings account. If you wish to designate a different savings account for Overdraft Savings Transfers, you may call Navy Federal at 1-888-842-6328 or visit a Navy Federal branch.

If your checking account does not have sufficient funds to pay a check or ACH authorization, or a previously authorized debit card POS transaction that posts to your checking account, Navy Federal may transfer funds from your linked savings account to pay for the transaction. For example, assume your checking account has a balance of $50 and your linked savings account has a balance of $50. If you authorize a $100 check or ACH transaction, the Overdraft Savings Transfer will move $50 from your linked savings account to your checking account to pay the transaction. If the checking and linked savings account do not have sufficient funds to cover the full amount of the check or ACH transaction, Navy Federal may return the transaction and assess a non-sufficient funds (NSF) fee to your checking account as detailed in the *Schedule of Fees and Charges*.

Debit card POS transactions will not be authorized for payment if your checking account does not have sufficient funds available to pay for the full amount of the transaction at the time the merchant requests authorization for payment from Navy Federal. For example, assume your checking account has a balance of $50 and your linked savings account has a balance of $50. If you attempt a $100 debit card POS transaction, the transaction will be declined because you do not have sufficient funds in your checking account to cover the full amount of the transaction. Funds in your savings account will not automatically transfer to your checking account to cover a debit card POS authorization.

If your checking account becomes overdrawn due to a check, ACH, or debit card POS transaction posting to your account, and funds are available in your savings account(s), Navy Federal will transfer funds from your account(s) to reduce or eliminate the overdrawn amount, as permitted by law.

**If you are enrolled in Optional Overdraft Protection Service (OOPS)**

If you are enrolled in OOPS and your checking account does not have sufficient funds to cover a check or ACH transaction, Navy Federal will first attempt to pay for the transaction at no charge using the Overdraft Savings Transfer before using OOPS. If the checking account, linked savings account, and OOPS do not have sufficient funds to cover the full amount of the check or ACH transaction, Navy Federal may return the transaction and assess an NSF fee to your checking account as detailed in the *Schedule of Fees and Charges*.

If your checking account becomes overdrawn due to a check, ACH, or debit card POS transaction posting to your account, Navy Federal will first use the Overdraft Savings Transfer to reduce or eliminate the overdrawn amount before using OOPS.

**If you have a Checking Line of Credit (CLOC)**

If you have a CLOC and your checking account does not have sufficient funds to cover a check or ACH transaction, Navy Federal will first attempt to pay for the transaction by advancing credit from your CLOC before using the Overdraft Savings Transfer. If your checking account, CLOC, and linked savings account do not have sufficient funds and credit to cover the full amount of the check or ACH transaction, Navy Federal may return the transaction and assess an NSF fee to your checking account as detailed in the *Schedule of Fees and Charges*.

If your checking account becomes overdrawn due to a check, ACH, or debit card POS transaction posting to your account, Navy Federal will first attempt to pay the overdrawn amount by advancing credit from your CLOC before using the Overdraft Savings Transfer to reduce or eliminate it.

## Optional Overdraft Protection Service

Optional Overdraft Protection Service *(OOPS)* is a service that allows us to pay checks, POS Debit Card transactions, ATM withdrawals, and ACH transactions presented against your checking account when you do not have enough money available in your account to cover the transaction(s). You must be at least 18 years of age and a Member for 90 days to qualify for the service. You also must have no delinquencies or legal orders against your Navy Federal accounts in order to qualify. Members may not have both CLOC and OOPS on the same account. Members may enroll up to 2 primary checking accounts in OOPS.

### Standard Practices and Fees:

a. We will charge a fee of $20 each time we pay an overdraft.

b. You will not be charged a fee on transactions of $5 or less.

c. You will not be charged a fee if the amount you are overdrawn after all transactions have cleared or posted after the end of the business day is less than $15.

d. You can only be assessed one overdraft fee per day per account.

OOPS is available up to $500, but your account may become overdrawn up to $550 to accommodate fees or a transaction. The additional $50 accommodation includes the amount of overdrawn items, OOPS fees, and any other transactions that result in overdrawing your account, including returned deposits and other fees as described in our *Schedule of Fees and Charges (NFCU 2043ep)* and *Funds Availability Schedule (NFCU 668)*.

Enrolling in OOPS does not guarantee that we will pay overdrafts. Navy Federal pays overdrafts at our discretion. If we do not pay an overdraft, your transaction will be declined and/or your check/ACH will be returned, unpaid. Navy Federal Credit Union reserves the right to revoke OOPS privileges, permanently or temporarily, at any time and to deny the payment of any transactions without prior notification.

If you are enrolled in OOPS and your checking account does not have sufficient funds to cover a check or ACH transaction, Navy Federal will first attempt to pay for the transaction at no charge using the Overdraft Savings Transfer, provided it has sufficient funds available, before using OOPS. If your checking account becomes overdrawn due to a check, ACH, or debit card POS transaction posting to your account, Navy Federal will first use the Overdraft Savings Transfer to reduce or eliminate the overdrawn amount before using OOPS. To determine whether a transaction may cause an overdraft, it is important to understand that your checking account has 2 kinds of balances: the Available Balance and the Current Balance.

a. Available Balance indicates the amount of funds available for withdrawal or use at that moment. The Available Balance includes pending transactions that have been authorized but may not yet have been processed *(posted)*, such as debit card POS transactions, online transfers, ATM transactions, or pending deposits, but does not include items such as scheduled Bill Pay transactions, deposits with holds on them, and checks that you have written but that have not yet cleared your account.

b. Current Balance is calculated after all transactions have posted to your account after the end of the business day *(Eastern Time)*. We first process *(post)* all money coming in to your account *(credits, deposits, etc.)*, subject to holds placed on certain transactions *(see our **Funds Availability Schedule** on page 10)*. After those are processed, we process *(post)* all money coming out of your account *(debits, withdrawals, etc.)* in a predetermined order. The following frequently used debit transactions are processed in groups in this order: 1) Branch withdrawals; 2) ATM withdrawals; 3) Debit card or POS transactions that merchants have presented to us for payment; 4) Transfers from one Navy Federal account to another; 5) ACH; and 6) Checks. When more than one transaction from a group is processed on the same day, the items will be processed in the order of lowest to highest amount within that group of transactions.

Assessment of overdraft fees is determined based on the account's Current Balance after the close of each business day, and not based on the Available Balance at the time a transaction is authorized. If the account balance, including new credits/deposits, is greater than or equal to the total of new debits/expenditures after all items have posted after the end of a business day *(Eastern Time)*, there will be no overdraft fees assessed. Subject to the fee exceptions described below, if the total of all items posted on a business day exceeds your account balance, you will be charged a maximum of one overdraft fee per day if we cover the overdraft transactions under OOPS.

When you use your Navy Federal Debit Card to make a purchase, the transaction is authorized based on your Available Balance plus any Checking Protection option (OOPS or Checking Line of Credit) you have enrolled in at the time of the purchase. When most transactions are authorized, a temporary hold is placed on your account for the amount of the purchase; you will see this hold reflected in your Available Balance but not your Current Balance. However, the hold is not always in place for the settlement of the full transaction. If a hold is placed, it will be removed when the transaction or a portion of the transaction posts to your account or after three (3) business days, whichever comes first. Although the hold may be removed, the merchant has up to 180 calendar days to present the transaction, or remainder of the transaction, for posting. In some cases, the hold may exceed or be less than the amount of the transaction (for example, for some purchases made at gas stations, restaurants, hotels, or car rentals). Funds subject to a hold are not necessarily the same funds that are ultimately used to pay for a transaction. When a hold is removed, those funds will be returned to the Available Balance. If we previously authorized a Debit Card transaction, or placed a hold that is less than the final transaction amount, we will pay the transaction even if you have insufficient funds and even if you did not opt in to a Checking Protection option for Debit Card transactions. This may result in fees being assessed to your account.

Even though a transaction has been authorized, it still might result in an overdraft if you initiate other transactions that post first. Do not consider a transaction authorization as a guarantee there will be sufficient funds in your account to cover the transaction when it posts. If, at the time the transaction was authorized, your account's Available Balance had sufficient funds to cover the transaction, Navy Federal will refund the OOPS fee assessed on that transaction unless certain exceptions apply. These exceptions are for transactions where the amount of the posted transaction(s) does not match the amount of the authorized transaction(s), when an OOPS fee would have applied even if the transaction in question had not occurred, or if the transaction settled more than 5 business days after authorization.

OOPS is not a loan or a line of credit and must be repaid promptly. Should the account remain overdrawn beyond 30 days of the initial transaction posting, OOPS privileges will be revoked temporarily and the service frozen. For example, if you overdraft $100 on the first of the month and $200 on the 20th, then a total of $300 is due on or before the 30th. However, while the account is overdrawn, we may transfer funds available or deposited into a linked savings account to bring your account positive prior to the end of the 30-day repayment cycle. The account must have a positive balance for a minimum of one business day to allow the deposited funds to clear and reset the 30-day repayment cycle. If Day 30 of the repayment cycle falls on a weekend or holiday, the account must have a positive balance as of the previous business day to be eligible for OOPS reinstatement. Should the account remain overdrawn beyond 45 days, OOPS privileges will be revoked permanently. The failure to deposit funds to bring the account to a positive balance may result in the overdrawn balance being charged off as a loss to Navy Federal. Such action could result in the checking account being closed and restriction of your membership privileges.

The full terms and conditions for OOPS are detailed in the Navy Federal Form 657–Optional Overdraft Protection Service Disclosures, which is included in these disclosures by reference and which can be found at **https://www.navyfederal.org/pdf/applications-forms/NFCU_657.pdf.** Navy Federal recommends that you read this disclosure form prior to opting in to OOPS. By opting in to OOPS, you agree to all the terms and conditions in the Form 657–Optional Overdraft Protection Service Disclosures.

You have the right to revoke your consent by opting out of OOPS at any time through **navyfederal.org** or by phone, toll-free in the U.S., by calling 1-888-842-6328. For toll-free numbers when overseas, visit **navyfederal.org.** Use 1-703-255-8837 for collect international calls. If you prefer, you may also opt out at any branch location, by faxing a request to 1-703-206-4244, or by mailing the request to: PO Box 3000, Merrifield, VA 22119-3000.

## Dormant Checking Account

A Dormant Checking Account fee in the amount shown on Navy Federal's *Schedule of Fees and Charges* may be assessed if you have not engaged in checking account activity in 365 days, you carry a combined balance of less than $50 in your checking and membership savings accounts, and you have no other Navy Federal products during that time ***(Note:** This fee will not be assessed for Members under the age of 24)*. You agree that we may close your checking account if it reaches a zero balance as a result.

## Change in Terms and Right of Assignment

Navy Federal reserves the right to change or terminate this agreement. The terms of this account may change upon 30 days' notice. The right or authority of Navy Federal under this agreement shall not be changed or terminated by you except by written notice, which shall not affect transactions previously made. Navy Federal has the right of assignment of this agreement.

## Verification and Correction of Transactions

All transactions are subject to final verification by Navy Federal. Navy Federal may reverse or adjust any transaction, credit, or debit that Navy Federal believes was erroneously made to your account at any time without prior notice being provided to you, except as may be required by regulation or federal law. In addition, you agree that if any deposit or other credit is made to you that Navy Federal determines should not have been made to you, Navy Federal may reverse the credit without prior notice to you.

## Consumer Reports

The owner and joint owner, if any, authorize Navy Federal to obtain consumer reports about them during their membership to consider them for offers of or related to Navy Federal products and services. They also authorize Navy Federal to obtain consumer reports to evaluate membership applications and review any Navy Federal accounts they open. They understand these reports may be used in decisions to deny account applications, close accounts, and/or restrict accounts or services.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Overdrawn Accounts

The owner and joint owner, if any, agree to be jointly and severally liable for negative balances on any accounts in which either owner has an ownership interest, including any overdrafts, regardless of the cause, and agree to immediately deposit sufficient funds to cover the negative amount of the overdraft.

## Account Closing Practices

If you or Navy Federal close your account, we may return deposits, checks, and other items received after the account is closed. You agree to immediately pay all amounts you owe to us. In limited circumstances, we may reopen the closed account, including to process pending product applications, and we will re-close the account after all processing is complete. Please note that if you request to close your account, and the balance is zero, your account will close the next business day. If funds are in your account, your account remains in a closing status until the balance is zero, or your account reaches 14 days, then it will close. While your account is in a closing status, pending transactions will continue to process, which can make your account negative. Your account will not close with a negative balance.

## Contractual Lien

The owner and joint owner, if any, authorize Navy Federal to transfer funds from any accounts in which either of them has an ownership interest to correct a negative or overdrawn amount on any account on which either's name appears. This authorization applies to all funds voluntarily deposited into Navy Federal accounts, including Social Security funds, as permitted by law. The owner and joint owner, if any, agree to reimburse Navy Federal for all costs of collection, including reasonable attorney's fees and court costs.

## Statutory Lien/Security Interest

The owner and joint owner, if any, acknowledge and pledge to Navy Federal a statutory lien in either of their shares and dividends on deposit in all joint and individual accounts and any monies held by Navy Federal now and in the future, to the extent of any loan made and any charges payable. The statutory lien does not apply to shares in any IRA.

The owner and joint owner, if any, acknowledge and pledge to Navy Federal a security interest in the collateral securing loan(s) that either of them has with Navy Federal now and in the future, including any type of change or increase, and any proceeds from the sale of such collateral and of insurance thereon, not to exceed the unpaid balance of the loan. This security interest in collateral securing other loans does not apply to any loan(s) on the primary residence of either the owner or joint owner, if any.

If approved for a Navy Federal *(NFCU)* Credit Card, use of the card demonstrates my/our consent to all its terms and conditions, including the Security Interest Specific for Credit Cards provision, which reads: I/We acknowledge and pledge, specifically as a condition of my/our use of the credit card, that I/we have voluntarily granted NFCU a security interest in all of my/our individual and joint share accounts at NFCU. If my/our credit card loan becomes delinquent, this security interest may be used without further notice to pay all or part of such delinquency. This security interest does not apply to shares in an Individual Retirement Account *(IRA)*.

## Request for Information

When necessary for business purposes, the owner and the joint owner, if any, authorize any person to furnish upon request by Navy Federal any information concerning either or both of their financial affairs.

## Governing Laws and Liability

Navy Federal Members' funds and checking, savings, and all other accounts are located in the Commonwealth of Virginia, and are maintained and governed in accordance with federal law and the laws of the Commonwealth of Virginia, as amended. Property may be transferred to the appropriate state if there has been no activity on any of your accounts within the time period specified by state law. Transactions in your account are also subject to applicable payment network rules and federal rules and regulations.

We will not be liable for failure to follow your instructions in order to protect you from fraud or stop illegal activity or if we reasonably believe that your instructions would expose us to potential loss or civil or criminal liability, or conflict with customary banking practices. **WE WILL NOT BE LIABLE FOR INDIRECT, SPECIAL, OR CONSEQUENTIAL DAMAGES, REGARDLESS OF THE FORM OF ACTION AND EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.**

**Notice of Claim: Neither Member nor Navy Federal may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this agreement or that alleges that the other party has breached any provision of, or any duty owed by reason of, this agreement, until such party has notified the other party of such alleged breach and afforded the other party a reasonable period after the giving of such notice to take corrective action.**

# Funds Availability Schedule

## Your Ability to Withdraw Funds at Navy Federal Credit Union

This **Funds Availability Schedule** *(Schedule)* applies to deposits made into a checking or *(non-IRA)* savings account made at a branch, at an automated teller machine *(ATM)*, or by mail. This Schedule does not apply to deposits made remotely through mobile deposit services.

Except as described later in this Schedule, our general procedure is to make funds available from your deposits on or before the first business day after the day we receive your deposit. At that time, you can withdraw the funds in cash and we will use the funds to pay checks or other items. For example, if you deposit a check on Monday, you may not be able to access the funds from that deposit, to include paying other checks, until Tuesday or possibly later.

See the availability timelines below for details about when you can use the funds from different types of deposits. Longer delays may apply to checks deposited in branches and ATMs outside of the continental United States. Additionally, we may place a longer hold on non-U.S. items and credit will not be received until the collection process is completed.

If you are unsure when your funds will be available for withdrawal, please contact us by telephone or at Navy Federal Online Banking.

### Telephone Us

Call 1-888-842-6328 toll-free in the U.S. For toll-free numbers when overseas, visit **navyfederal.org.** Use 1-703-255-8837 for collect international calls.

### Online

If you are signed up for Navy Federal Online Banking, you may send us an electronic message through our eMessaging system at **navyfederal.org.**

## Determining When a Deposit Is Received

A Business Day is Monday through Friday, except federal holidays *(Business Day)*. If you make a deposit with a Member Service Representative (MSR) at one of our branches on a Business Day before 2:00 pm, local time, we will consider that day to be the day we received your deposit. If you make a deposit at a Navy Federal ATM on a Business Day before that ATM's posted cutoff time, we will consider that day to be the day we received your deposit. However, if you make a deposit on a day that is not a Business Day, or make a deposit after the cutoff time, we will consider the deposit to have been received on the next Business Day.

- For deposits at Navy Federal ATMs, a message on the ATM will notify you of its cutoff time *("posted cutoff time")*.
- All deposits made by mail will be considered received by Navy Federal on the Business Day we receive the deposit at a Navy Federal campus or branch location.

## Person to Person *(P2P)* Original Credit Transactions *(OCTs)*

Transfers of money you receive through OCTs *(person-to-person services such as the Zelle® network or Cash App™)* will generally be available the same Business Day. However, funds received by Navy Federal at or after 8 pm *(Eastern Time)* will not be available and reflected in your Current Balance until the end of the next Business Day. These funds might not be available for processing pending items such as Automated Clearing House *(ACH)* debits and checks. Optional Overdraft Protection *(OOPS)* and Non-Sufficient Funds *(NSF)* fees may apply, subject to the terms of the *Schedule of Fees and Charges*.

## Real Time Payments (RTP)

We can accept Real Time Payments to your checking, savings, and MMSA accounts. However, such payments cannot be applied to Navy Federal loan products. Transmissions of funds through RTP are only available between accounts located in the U.S. This applies even if you are sending or receiving a payment on behalf of another person. All persons who send, receive, or benefit from an RTP transaction must also reside in the U.S.

Transfers of money you receive through RTP will generally be available immediately upon receipt of the funds, 24 hours a day, 7 days a week. However, funds received by Navy Federal on or after 8 pm *(Eastern Time)* will not be available until the following Business Day for processing some items such as Automated Clearing House *(ACH)* debits and checks, but Optional Overdraft Protection *(OOPS)* and Non-Sufficient Funds *(NSF)* fees will apply, as applicable.

## Same-Day Availability

Funds from electronic direct deposits to your account will be available on the day we receive the deposit.

## Next-Day Availability

Funds from the following deposits are available on *(or before)* the first Business Day after the day we are considered to have received your deposit:

- U.S. Treasury Checks that are payable to you
- Electronic payments, such as wire transfers, and Automated Clearing House *(ACH)* credits
- Checks drawn on any bank, $225 or less
- On-us checks deposited at a Navy Federal branch office or at a Navy Federal ATM located inside or within 50 feet of a Navy Federal branch office

If you make a deposit in person to a MSR at a branch, funds from the following deposits are also available on the first Business Day after the day we are considered to have received your deposit:

- State and local government checks that are payable to you
- Cashier's, certified, and teller's checks that are payable to you
- Federal Reserve Bank checks, Federal Home Loan Bank checks, and postal money orders, if these items are payable to you
- Cash
- Other on-us checks

If you do not make your deposit in person to a MSR at a branch, the funds may not be made available until the second Business Day after the day we are considered to have received your deposit. Available funds may be withdrawn in cash or used to pay checks or other items. Longer delays may apply in certain circumstances.

## Checks $225 and Over

The first $225 per Business Day of the total amount of checks deposited in the branch will be made available on or before the first Business Day after the day we are considered to have received your deposit. The remaining funds will be available on the second Business Day after the day we are considered to have received your deposit.

For example, if you deposit a check of $1,000 on a Monday, $225 of the deposit is available on or before Tuesday. The remaining $775 is available on or before Wednesday.

**Navy Federal ATMs:** Cash deposits at a Navy Federal ATM will be available immediately for cash withdrawals only. Other deposits will be made available by the second Business Day after the day we are considered to have received your deposit.

**Deposits at Nonproprietary ATMs (Vcom® ATMs):** Funds from any non-cash deposits made at ATMs we do not own or operate may not be available until the fifth Business Day after the day you make the deposit. Cash deposits will be made available on the first Business Day after the day we are considered to have received your deposit.

## Longer Delays May Apply

Funds you deposit by check may be delayed for a longer period if:

- we believe a check you deposit will not be paid;
- you deposit checks totaling more than $5,525 on any one day;
- you redeposit a check that has been returned unpaid;
- you have overdrawn your account repeatedly in the last 6 months; or
- there is an emergency, such as natural disaster or failure of communications equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. If we delay availability for one of these reasons, funds will generally be available no later than the fifth Business Day after the day we are considered to have received your deposit.

If your check deposit is made with one of our MSRs and we decide at that time to delay your ability to withdraw funds, we will tell you then. If we decide to delay availability of your funds after you complete your deposit, we will mail you a deposit hold notice by the first Business Day after we decide to take that action.

Except in California, New York, and Connecticut, deposits into a savings account may be held up to 5 Business Days.

## Special Rules for New Accounts

If you are a new Member, the following special rules may apply during the first 30 days your account is open:

- Funds from electronic direct deposits will be available on the day we receive the deposit.
- Funds from deposits of the first $5,525 of a day's total deposits of cashier's, certified, teller's, and federal, state, and local government checks will be available on the first Business Day after the day we are considered to have received your deposit if the deposit meets certain conditions. For example, the checks must be made payable to you. The excess over $5,525 will be available on the fifth Business Day after the day we are considered to have received your deposit. If you do not deposit these checks *(other than U.S. Treasury Checks)* in person to one of our MSRs at a branch, the first $5,525 will not be made available until the second Business Day after the day we are considered to have received your deposit.
- Funds from all other check deposits will be available no later than the fifth Business Day after the day we are considered to have received your deposit.

### Check Cashing

If we cash a check for you that is drawn on another financial institution, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available on the day they would have been available as though you had deposited the check.

### Availability and Notice for Electronic Entries

In the case of credit entries subject to Article 4A of the Uniform Commercial Code, Navy Federal hereby provides notice that such entries may be transmitted through the Automated Clearing House *(ACH)* Network pursuant to the ACH Rules governed by the National Automated Clearing House Association *(NACHA)*. Your rights and obligations concerning these entries shall be governed by and construed in accordance with the laws of the Commonwealth of Virginia. Credit provided by Navy Federal as the Receiving Depository Financial Institution *(RDFI)* to you for these entries is provisional until we have received final settlement through a Federal Reserve Bank. If we do not receive such payment for the entry, we are entitled to a refund from you in the amount of the credit to your account, and the payor of the entry will not be considered to have paid the amount of the credit to you. Navy Federal has not agreed to provide you with notice if we have received a credit entry subject to Article 4A of the Uniform Commercial Code.

### Rights Reserved

Navy Federal reserves the right to:

- accept or reject any check presented, including, but not limited to, any third-party check in excess of $10,000;
- revoke any settlement with respect to a check accepted by us, and to charge back to your account the amount of the check based on the return of the check or a receipt of notice of non-payment of the check, or claim a refund for such credit; and
- require that the space reserved for endorsement by Navy Federal on the back of any check accepted for deposit be free and clear of any prior markings or endorsements.

### Payment of Dividends

Dividends are paid on all deposits to your savings and checking accounts, where applicable, as of the Business Day we are considered to have received the deposits, including non-cash deposits *(such as, checks)*.

## Electronic Funds Transfer Agreement and Disclosure

### Types of Transfers, Limitations, and Fees

For deposits made at CO-OP Network® ATMs, the ATM owner will impose a fee per item if an adjustment is processed due to one of the following discrepancies in the deposit: the currency appears to be counterfeit; the currency is foreign; the deposit contents do not equal the deposit amount in U.S. dollars as entered into the ATM; an item is unsigned by the maker; an item is dated more than 6 months prior to the date of deposit; the numerical and written amounts do not agree; or the deposit is over $1,000.00 and contains an obvious alteration. For each adjustment initiated for deposit items processed and subsequently returned by the financial institution, the ATM owner will impose a fee per item at the time the adjustment is processed.

We can accept transfers to your checking or savings accounts and make transfers from your checking or savings accounts electronically. Such transfers are often received or sent in the form of ACH debits and credits. For example, an ACH credit to your account might be in the form of an electronic deposit of your pay, stock dividends, or tax refund. An ACH debit might be made as a result of an authorization you gave a third party to automatically transfer funds from your account to pay your monthly insurance premium, utility bills, or car payment. You may also authorize third parties to use information from one of your checks or MMSA checks to initiate a one-time ACH debit from your checking account or MMSA.



Using Navy Federal's Automated Telephone Service *(ATS)*, you may make transfers between your Navy Federal savings, MMSA, and checking accounts, including accounts on which you are a joint owner. You may make transfers from your savings accounts, checking accounts, and MMSAs to your savings, Individual Retirement Accounts *(IRAs)*, MMSA IRAs, share certificates, or IRA share certificates. You may also transfer funds from your savings, checking, and MMSA accounts to make Navy Federal loan, CLOC, and credit card payments. By calling Navy Federal at the telephone numbers listed at the end of this agreement and disclosure, you may initiate a one-time ACH funds transfer to an account at another financial institution. By completing the Automatic Funds Transfer Authorization via the Automated Clearing House *(ACH)* form and mailing or faxing it to Navy Federal or delivering it to a branch, you may set up a recurring transfer to an account at another financial institution.

Please see Navy Federal's *Mobile Banking, Online Banking, and Bill Pay Disclosure* for the types of transfers that can be initiated through Mobile and Online Banking, and for limitations on those transfers.

Please see Navy Federal's Debit Card Disclosure for transfers that can be initiated using a Navy Federal Debit Card.

You may verify the posting of your transfers by calling us at the telephone numbers listed at the end of this agreement and disclosure, or by accessing your account information through ATS or Navy Federal Online Banking.

Please note that your Navy Federal savings account may only receive ACH credits. MMSAs may receive ACH credits and debits in accordance with the limitations set forth in the MMSA agreement.

When you originate an ACH transfer at another financial institution, Navy Federal places no limitations on the dollar amount of received ACH transfers, and Navy Federal does not charge fees for received transfers.

You may only originate ACH transfers at Navy Federal from your checking account. For transfers originated at Navy Federal, there is no limit on the number of funds transfers you can make from your checking account per day. However, there are minimum and maximum total dollar transfer limits associated with transferring funds to/from another financial institution via the ACH, when the transfer is originated from Navy Federal.

Transfers from a Navy Federal checking account to a checking account at another financial institution may be requested for a minimum of $5.00 to a maximum of $5,000.00 per business day. However, the total aggregate amount of all checking transfers within any 5-business-day period cannot exceed $15,000.

Transfers to Navy Federal loans from a checking account at another financial institution may be requested for a minimum of $5.00 to a maximum of $10,000 per business day. However, the total aggregate amount of all loan payments within any 5-business-day period cannot exceed $30,000.

Transfers to Navy Federal mortgage loans from a checking account at another financial institution may be requested for a minimum of $5.00 to a maximum of $30,000 per business day. However, the total aggregate amount, which includes your regular payment, additional escrow, principal, and late fees, of all mortgage payments within any 5-business-day period cannot exceed $30,000.

Aggregate amounts apply to all accounts that you own individually or that you have joint ownership of, and are based on the effective transfer date(s). For security reasons, Navy Federal may impose further limitations on the dollar amounts of transfers initiated at Navy Federal.

### Periodic Statements

You will receive a statement monthly unless your account(s) has/have not engaged in savings or checking account activity *(no transactions)* within 365 days. When there is no activity within 365 days, Navy Federal may choose to provide a statement on an annual basis.

### Business Days

Our business days are Monday through Friday, excluding federal holidays.

### Your Liability for Unauthorized Electronic Funds Transfers

☞ **Notify us AT ONCE if you believe:**

- your account may have been accessed without your authority;
- your card, code, or password has been lost or stolen;
- someone has transferred or may transfer money from your account without your permission; or
- an electronic funds transfer has been made without your permission using information from your check or your MMSA check.

The best way to minimize your possible loss is to telephone or, if you have Online Banking, contact us through our eMessaging system at **navyfederal.org**, although you may advise us in person or in writing. See the telephone numbers and address listed at the end of this agreement and disclosure.

If you do not notify us, you could lose all the money in your account *(plus your maximum line of credit amount)*.

If you tell us within two (2) business days after you discover your password or other means to access your account has been lost or stolen, your liability is no more than $50.00 should someone access your account without your permission. If you do not tell us within two (2) business days after you discover such loss or theft, and we can prove that we could have prevented the unauthorized use of your password or other means to access your account if you had told us, you could be liable for as much as $500.00.

**Also, if your statement shows transfers that you did not make or authorize, tell us AT ONCE.** If you do not tell us within sixty (60) days after the statement was delivered to you of any unauthorized use of your account, you may not get back any of the money you lost after the sixty (60) days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason *(such as a long trip or a hospital stay)* prevented you from telling us, we may in our sole discretion extend the time periods.

## In Case of Errors or Questions About Your Electronic Transfers

If you think your statement or receipt is wrong, or if you need more information about a transaction listed on your statement or receipt, contact us as soon as possible at the telephone numbers and address listed at the end of this agreement and disclosure.

We must hear from you no later than sixty (60) days after the FIRST statement on which the problem or error appeared. When you contact us:

- tell us your name and account number;
- describe the error or the transaction you are unsure about and clearly explain why you believe it is an error or why you need more information; and
- tell us the dollar amount and date of the suspected error.

These are our procedures for resolving errors:

- If you tell us orally, we may require that you send your complaint in writing within ten (10) business days after your oral notification.
- We will determine whether an error occurred within ten (10) business days *(twenty (20) business days for new accounts)* after you notify us of the error and will correct any error promptly. However, if we require more time to confirm the nature of your complaint or question, we reserve the right to take up to forty-five (45) days to complete our investigation. For errors involving new accounts, POS, or foreign-initiated transactions, we may take up to ninety (90) days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within ten (10) business days *(twenty (20) business days for new accounts)* for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. A provisional credit is a temporary credit adjustment made to your account during the time it takes us to complete our investigation.
- If we ask you to submit your complaint or question in writing and we do not receive it within ten (10) business days, we may remove the provisional credit from your account
- If it is determined that there was no error, we will reverse any provisional credits within one (1) business day of finishing our investigation and send you a written explanation within three (3) business days. If there are insufficient funds in your account to cover the amount of the provisional credit, the account will be overdrawn, and you will be responsible for payment. You may ask for copies of documents used in our investigation.

## Stop Payment Procedure

Navy Federal cannot cancel an agreement that you have with a third party or revoke the authorization that you have provided a third party for recurring automatic transfers from your accounts. To cancel your agreement with a third party and revoke your authorization for recurring automatic transfers, you must contact the third party with whom you have an agreement. When you request a stop-payment on a one-time preauthorized transfer, Navy Federal will stop payment on that one transfer and not on any subsequent transfers you may have authorized the third party to make. When you request a stop-payment on a series of recurring preauthorized transfers to a third party, Navy Federal will stop payment on that series of transfers, not on any subsequent series of recurring transfers you may authorize the third party to make. If you wish to stop payment on any preauthorized transfers other than the specific one *(or series)* on which you initially stopped payment, you will need to make a new stop-payment request. We must receive your stop-payment request three (3) business days or more before the transfer is scheduled to be made. You may only initiate a stop payment on recurring automatic payments or one-time preauthorized transfers by contacting us via calling or writing using the telephone numbers or address listed at the end of this agreement and disclosure. You will be charged for each stop-payment



request in accordance with Navy Federal's *Schedule of Fees and Charges*. When we process a stop-payment request, you will hold Navy Federal harmless from all claims and demands resulting from the refusal to honor the preauthorized transfer. This means that reimbursement for all damages, costs, and expenses incurred or later assigned because of the refusal to honor the preauthorized transfer will be your responsibility. If you order us to stop one of these transfers three (3) business days or more before the transfer is scheduled, and we do not do so, we may be liable for your losses or damages.

## Notice of Varying Amounts

If your recurring transfers vary in amount, the third party debiting your account will tell you ten (10) days before each payment, in addition to when the debit will be made and how much it will be.

## Navy Federal's Liability

If Navy Federal does not complete a transfer to or from your account on time, in the correct amount, or to the correct recipient according to our agreement with you, we may be liable for your losses or damages. Navy Federal's liability is limited; we will not be liable for indirect, special, or consequential damages.

There are some instances when we will not be liable, for example, if:

1) through no fault of ours, you do not have enough money in your account, available funds through your OOPS, or available credit in your CLOC to make the transfer.
2) the funds in your account are subject to legal process, such as garnishment or attachment, or if the account is subject to a pledge or security agreement.
3) circumstances beyond our control *(such as fire or flood)* prevent the transfer, despite reasonable precautions that we have taken.
4) there are additional exceptions specified under other agreements that you have with us.

## Exclusions of Warranties

NAVY FEDERAL SERVICES, INCLUDING, BUT NOT LIMITED TO, THE WEBSITE, ONLINE BANKING, AND MOBILE BANKING, ARE PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NONINFRINGEMENT. IN PARTICULAR, WE DO NOT GUARANTEE CONTINUOUS, UNINTERRUPTED, OR TIMELY ACCESS TO ANY PART OF OUR SERVICES OR SYSTEMS. SOME STATES DO NOT ALLOW THE DISCLAIMER OF CERTAIN IMPLIED WARRANTIES, SO THE FOREGOING DISCLAIMERS MAY NOT APPLY TO YOU.

## Account Information Disclosures

We will disclose information to third parties about your account or the transactions you make:

1) if we are unable to complete an electronic fund transfer because of insufficient funds.
2) when it is necessary for completing transfers.
3) to verify the existence or conditions of your account for a third party, such as a consumer reporting agency or merchant.
4) to comply with government agency or court orders.
5) if you give us your written permission.
6) in accordance with our privacy policy.

## Contact Numbers and Address

Whenever possible, please contact us by telephone or at Navy Federal Online Banking to report unauthorized transfers or request stop payments. Contacting us by these methods is the quickest way for us to comply with your requests.

### Telephone Us

Call 1-888-842-6328 toll-free in the U.S. For toll-free numbers when overseas, visit **navyfederal.org.** Use 1-703-255-8837 for collect international calls.

### Online

If you are signed up for Navy Federal Online Banking, you may send us an electronic message through our eMessaging system at **navyfederal.org.**

### Write Us

Navy Federal Credit Union
Account Servicing Section
PO Box 3000
Merrifield, VA 22119-3001

NAVY FEDERAL®

Rev. 12/21

# FACTS WHAT DOES NAVY FEDERAL DO WITH YOUR PERSONAL INFORMATION?

| | |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information that we collect and share depend on the product or service that you have with us. This information can include:<br>• Social Security Number and income<br>• Account balances and payment history<br>• Account transactions and checking account information<br>When you are *no longer* our Member, we continue to share your information as described in this notice. |
| **How?** | All financial companies need to share members' personal information to run their everyday businesses. In the section below, we list the reasons financial companies can share their members' personal information, whether Navy Federal chooses to share, and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Navy Federal share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes–**such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes–**to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes–**information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes–**information about your creditworthiness | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

| | |
|---|---|
| **Questions?** | Call toll-free 1-888-842-6328 or go to **navyfederal.org.** |

## Who we are

| | |
|---|---|
| **Who is providing this notice?** | Navy Federal Credit Union; Navy Federal Financial Group, LLC; Navy Federal Investment Services, LLC |

## What we do

| | |
|---|---|
| **How does Navy Federal protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br>Navy Federal regularly tests and assesses its information security measures, systematically trains employees, and adopts upgrades and enhancements as necessary to protect your information. |
| **How does Navy Federal collect my personal information?** | We collect your personal information, for example, when you:<br>• open an account or deposit money<br>• pay your bills or apply for a loan<br>• use your credit or debit card<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only:<br>• sharing for affiliates' everyday business purposes–information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. |

## Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and non-financial companies.<br>• *Our affiliates include companies with a Navy Federal name: financial companies such as Navy Federal Credit Union; Navy Federal Financial Group, LLC; Navy Federal Investment Services, LLC; or Navy Federal Title Services, LLC.* |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and non-financial companies.<br>• *Navy Federal does not share with nonaffiliates so they can market to you.* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• *Our joint marketing partners include investment, insurance, and other financial services companies.* |

© 2021 Navy Federal NFCU 198 (12-21)