IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **ADRIANA HEDDEN**, *Plaintiff* <br><br> v. <br><br> **NAVY FEDERAL CREDIT UNION; JOHN DOE**, *Defendants.* | **CIVIL ACTION** <br><br> **NO. 24-3254** |
|---|---|

## O R D E R

**AND NOW** this 29th day of October, 2024, upon review of Defendant Navy Federal Credit Union's Motion to Dismiss (ECF 9-1), Plaintiff Adriana Hedden's Response (ECF 10), and Defendant Navy Federal Credit Union's Reply (ECF 11), it is hereby **ORDERED** that Defendant Navy Federal Credit Union's Motion to Dismiss is **GRANTED in part and DENIED in part**. The Court hereby **DISMISSES with prejudice** Count VI. The case will proceed as to Counts I, II, IV, V, VII, VIII, and IX.

BY THE COURT:

s/ Michael M. Baylson
MICHAEL M. BAYLSON, U.S.D.J.

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-3254 Hedden v. Navy Federal Credit Union\24-3254 Order on Motion to Dismiss.docx